UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA FLYNN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) **Case No.** |
| Plaintiff, | ) ) ) |
| v. | ) **CLASS ACTION COMPLAINT** ) |
| EXELON CORPORATION, CHRISTOPHER M. CRANE, JOSEPH NIGRO, JOSEPH DOMINGUEZ, and JEANNE M. JONES, | ) **JURY TRIAL DEMANDED** ) ) ) |
| Defendants. | ) ) |

Plaintiff Joshua Flynn ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants, alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States ("U.S.") Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Exelon Corporation ("Exelon" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION AND OVERVIEW

1.      This is a federal securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Exelon securities between February 9, 2019 and November 1, 2019, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

2.      Exelon was incorporated in 1999 and is headquartered in Chicago, Illinois. Exelon is a utility services holding company that engages in energy generation and delivery businesses in the U.S. and Canada.

3.      Exelon owns various "Utility Registrants" that are regulated by State utility commissions, including, among other entities, Commonwealth Edison ("ComEd"). ComEd's parent company is Exelon Utilities.

4.      Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Exelon and/or its employees were engaged in unlawful lobbying activities; (ii) the foregoing increased the risk of a criminal investigation into Exelon; (iii) ComEd's revenues were in part the product of unlawful conduct and thus unsustainable; and (iv) that, as a result, the Company's public statements were materially false and misleading at all relevant times.

5.      On July 15, 2019, during pre-market hours, Exelon filed a Current Report on Form 8-K with the SEC, disclosing that both Exelon and ComEd had "received a grand jury subpoena

from the U.S. Attorney's Office for the Northern District of Illinois requiring production of information concerning their lobbying activities in the State of Illinois."

6.      Then, on October 9, 2019, during pre-market hours, Exelon filed another Current Report on Form 8-K with the SEC, disclosing that, on October 4, 2019, both Exelon and ComEd "received a second grand jury subpoena from the U.S. Attorney's Office for the Northern District of Illinois that requires production of records of any communications with certain individuals and entities, including Illinois State Senator Martin Sandoval."  That Current Report also disclosed that, as far back as "[o]n June 21, 2019, the Exelon Corporation Board formed a Special Oversight Committee, consisting solely of independent directors, to oversee [Exelon and ComEd's] cooperation and compliance with the subpoena, any further action taken by the U.S. Attorney and any resulting actions that may be required or recommended."

7.      On October 15, 2019, shortly before the market closed, Exelon issued a press release announcing the abrupt departure of Anne Pramaggiore ("Pramaggiore"), Chief Executive Officer ("CEO") of Exelon Utilities, and former President/CEO of ComEd.  The Company's statement on Pramaggiore's retirement offered no reason for her departure, but analysts following the Company came to the conclusion that the criminal subpoenas and Pramaggiore's abrupt resignation were related.

8.      On this news, Exelon's stock price fell $2.15 per share, or 4.57%, to close at $44.91 per share on October 16, 2019.

9.      Then, on October 31, 2019, during intraday trading, Exelon filed a Quarterly Report on Form 10-Q with the SEC, disclosing that "[o]n October 22, 2019, the SEC notified Exelon and ComEd that it has also opened an investigation into their lobbying activities."

10.     On this news, Exelon's stock price fell $1.17 per share, or 2.51%, to close at $45.49 per share on October 31, 2019.

11.     Finally, on November 1, 2019, after the market opened, the *Chicago Tribune* reported that "[a] source with knowledge of the case in Chicago" confirmed that "Pramaggiore is one focus of the ongoing federal investigation." According to the same article, "[t]he ComEd lobbying investigation dates to ***at least mid-May***, when the FBI executed search warrants at the homes of former lobbyist Mike McClain of Quincy, a longtime confidant of House Speaker Michael Madigan, and of former 23rd Ward Ald. Michael Zalewski" (emphasis added). Additionally, "[t]he information sought by the FBI included records of communications among Madigan, McClain and Zalewski about attempts to obtain ComEd lobbying work for Zalewski."

12.     On this news, Exelon's stock price fell an additional $0.15 per share to close at $45.34 per share on November 1, 2019—a total decline of 2.83% since the initial announcement of the SEC investigation.

13.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

14.     The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

15.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act.

16.     Venue is proper in this Judicial District pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1391(b).  Exelon is headquartered in this Judicial District, Defendants conduct business in this Judicial District, and a significant portion of Defendants' activities took place in this Judicial District.

17.     In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## **PARTIES**

18.     Plaintiff, as set forth in the attached Certification, acquired Exelon securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures.

19.     Defendant Exelon is a Pennsylvania corporation with its principal executive offices located at 10 South Dearborn Street, P.O. Box 805379, Chicago, Illinois 60680-5379.  The Company's securities have traded in an efficient market on the Nasdaq Stock Market ("NASDAQ"), under the ticker symbol "EXC," since market open on September 25, 2019.  Before trading on the NASDAQ, and since before the start of the Class Period, Exelon securities traded on the New York Stock Exchange ("NYSE"), under the same ticker symbol.

20.     Defendant Christopher M. Crane ("Crane") has served as Exelon's President and CEO at all relevant times.

21.     Defendant Joseph Nigro ("Nigro") has served as Exelon's Senior Executive Vice President and Chief Financial Officer ("CFO") at all relevant times.

22.     Defendant Joseph Dominguez ("Dominguez") has served as ComEd's CEO at all relevant times.  Even though ComEd is a private entity, Dominguez signed sworn certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX"), which were appended as exhibits Exelon's SEC filings, attesting to the accuracy of the information therein.

23.     Defendant Jeanne M. Jones ("Jones") has served as ComEd's Senior Vice President, CFO and Treasurer at all relevant times.  Jones also signed sworn SOX certifications that were appended as exhibits to Exelon's SEC filings, attesting to the accuracy of the information therein.

24.     Defendants Crane, Nigro, Dominguez, and Jones are sometimes referred to herein as the "Individual Defendants."

25.     The Individual Defendants possessed the power and authority to control the contents of Exelon's SEC filings, press releases, and other market communications.  The Individual Defendants were provided with copies of Exelon's SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected.  Because of their positions with Exelon, and their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading.  The Individual Defendants are liable for the false statements and omissions pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Background

26.     Exelon was incorporated in 1999 and is headquartered in Chicago, Illinois.  Exelon is a utility services holding company that engages in energy generation and delivery businesses in the U.S. and Canada.

27.     Exelon owns various "Utility Registrants" that are regulated by State utility commissions, including, among other entities, ComEd.  ComEd's parent company is Exelon Utilities.

### Materially False and Misleading Statements Issued During the Class Period

28.     The Class Period begins on February 9, 2019.  On February 8, 2019, during after-market hours, Exelon filed an Annual Report on Form 10-K with the SEC, reporting the Company's financial and operating results for the quarter and year ended December 31, 2018 (the "2018 10-K").  For ComEd's 2018 financial results, Defendants reported operating revenues of $5.88 billion, operating income of approximately $1.15 billion, and net income of $664 million, compared to operating revenues of approximately $5.54 billion, operating income of $1.32 billion, and net income of $567 million for 2017.

29.     The 2018 10-K touted both Exelon's and ComEd's adherence to a "Code of Business Conduct," which was appended as Exhibit 14 to the 2018 10-K (the "Code").  The Code, as amended March 12, 2012, stated the following in relevant part with respect to lobbying:

> No Exelon personnel may engage in lobbying activities on behalf of the Company, testify or provide comments before any legislative committees for Exelon, or accept an appointment to an advisory or study group established by a legislative body or administrative agency on behalf of Exelon without first obtaining the approval of Government and Regulatory Affairs or the Legal Department. Government and Regulatory Affairs will also help ensure compliance with all lobbying registration, reporting, and disclosure requirements. All Exelon lobbyists are expected to follow

7

both the letter and spirit of the lobbying laws and to maintain the highest standards of professional integrity.

30.    Notwithstanding the Code, the 2018 10-K contained the merely generic, boilerplate representation that Exelon's and ComEd's disclosure controls and procedures, despite purportedly being effective as of December 31, 2018, were subject to "inherent limitations," such as "circumvent[ion] by the individual acts of some persons or by collusion of two or more people," which was plainly not tailored to Exelon's and ComEd's actual known legal risks with respect to illegal lobbying activities.

31.    Appended as Exhibits 32.1 and 32.2 to the 2018 10-K were signed SOX certifications, wherein Defendants Crane and Nigro certified that "(i) the [2018 10-K] fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934, and (ii) the information contained in the [2018 10-K] fairly presents, in all material respects, the financial condition and results of operations of Exelon Corporation."

32.    Appended as Exhibits 32.5 and 32.6 to the 2018 10-K were signed SOX certifications, wherein Defendants Dominguez and Jones certified "that (i) the [2018 10-K] fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934, and (ii) the information contained in the [2018 10-K] fairly presents, in all material respects, the financial condition and results of operations of Commonwealth Edison Company."

33.    On May 2, 2019, Exelon filed a Quarterly Report on Form 10-Q with the SEC, reporting the Company's financial and operating results for the quarter ended March 31, 2019 (the "1Q19 10-Q").  For ComEd's first quarter 2019 financial results, Defendants reported operating revenues of approximately $1.41 billion, operating income of $276 million, and net income of $157 million, compared to operating revenues of $1.51 billion, operating income of $292 million, and net income of $165 million for the same quarter the year prior.

34.     The 1Q19 10-Q also contained the merely generic, boilerplate representation that Exelon's and ComEd's disclosure controls and procedures, despite purportedly being effective as of March 31, 2019, were subject to "inherent limitations," such as "circumvent[ion] by the individual acts of some persons or by collusion of two or more people," which was plainly not tailored to Exelon's and ComEd's actual known legal risks with respect their own, or their employees', illegal lobbying activities.

35.     Appended as Exhibits 32.1 and 32.2 to the 1Q19 10-Q were signed SOX certifications, wherein Defendants Crane and Nigro certified "that (i) the [1Q19 10-Q] fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934, and (ii) the information contained in the [1Q19 10-Q] fairly presents, in all material respects, the financial condition and results of operations of Exelon Corporation."

36.     Appended as Exhibits 32.5 and 32.6 to the 1Q19 10-Q were signed SOX certifications, wherein Defendants Dominguez and Jones certified "that (i) the [1Q19 10-Q] fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934, and (ii) the information contained in the [1Q19 10-Q] fairly presents, in all material respects, the financial condition and results of operations of Commonwealth Edison Company."

37.     The statements referenced in ¶¶ 28-36 were materially false and misleading because Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operational and compliance policies.   Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Exelon and/or its employees were engaged in unlawful lobbying activities; (ii) the foregoing increased the risk of a criminal investigation into Exelon; (iii) ComEd's revenues were in part the product of

unlawful conduct and thus unsustainable; and (iv) that, as a result, the Company's public statements were materially false and misleading at all relevant times.

## The Truth Begins to Emerge

38.     On July 15, 2019, during pre-market hours, Exelon filed a Current Report on Form 8-K with the SEC, disclosing that both Exelon and ComEd had "received a grand jury subpoena from the U.S. Attorney's Office for the Northern District of Illinois requiring production of information concerning their lobbying activities in the State of Illinois."

39.     On this news, Exelon's stock price fell $0.18 per share, or 0.37%, to close at $48.88 per share on July 15, 2019.  This stock price decline failed to correct the total inflation in the Company's securities prices because Exelon left specific details concerning the lobbying investigation undisclosed, including the full history of this investigation and other details related to the persons and entities involved in such investigation.

40.     On October 9, 2019, during pre-market hours, Exelon filed another Current Report on Form 8-K with the SEC, disclosing that, on October 4, 2019, both Exelon and ComEd "received a second grand jury subpoena from the U.S. Attorney's Office for the Northern District of Illinois that requires production of records of any communications with certain individuals and entities, including Illinois State Senator Martin Sandoval."  That Current Report also disclosed that, as far back as "[o]n June 21, 2019, the Exelon Corporation Board formed a Special Oversight Committee, consisting solely of independent directors, to oversee [Exelon and ComEd's] cooperation and compliance with the subpoena, any further action taken by the U.S. Attorney and any resulting actions that may be required or recommended."

41.     On October 15, 2019, shortly before the market closed, Exelon issued a press release announcing the abrupt departure of Pramaggiore, who served as CEO of Exelon Utilities,

and former President/CEO of ComEd. The Company's statement on Pramaggiore's retirement offered no reason for her departure, but analysts began to speculate that the criminal subpoenas and Pramaggiore's abrupt resignation were related.

42.     On this news, Exelon's stock price fell $2.15 per share, or 4.57%, to close at $44.91 per share on October 16, 2019.

43.     Then, on October 31, 2019, during intraday trading, Exelon filed a Quarterly Report on Form 10-Q with the SEC, reporting the Company's financial and operating results for the quarter ended September 30, 2019 (the "3Q19 10-Q"). The 3Q19 10-Q disclosed that on October 22, 2019, the SEC had notified Exelon and ComEd of its own investigation into their lobbying activities.

44.     Specifically, with respect to the ComEd lobbying investigation, the 3Q19 10-Q merely stated the following, which completely ignored, among other relevant information, the involvement of several U.S. politicians, the FBI in mid-May earlier that year, and Pramaggiore:

> ***Subpoenas (Exelon and ComEd).*** Exelon and ComEd received a grand jury subpoena in the second quarter of 2019 from the U.S. Attorney's Office for the Northern District of Illinois requiring production of information concerning their lobbying activities in the State of Illinois. On October 4, 2019, Exelon and ComEd received a second grand jury subpoena from the U.S. Attorney's Office for the Northern District of Illinois requiring production of records of any communications with certain individuals and entities. On October 22, 2019, the SEC notified Exelon and ComEd that it has also opened an investigation into their lobbying activities. Exelon and ComEd have cooperated fully and intend to continue to cooperate fully and expeditiously with the U.S. Attorney's Office and the SEC. Exelon and ComEd cannot predict the outcome of the subpoenas or the SEC investigation.

(Emphasis in original.)

45.     On this news, Exelon's stock price fell $1.17 per share, or 2.51%, to close at $45.49 per share on October 31, 2019.

46.     Finally, on November 1, 2019, after the market opened, the *Chicago Tribune* reported that "[a] source with knowledge of the case in Chicago" confirmed that "Pramaggiore is one focus of the ongoing federal investigation."  According to the same article, "[t]he ComEd lobbying investigation dates to ***at least mid-May***, when the FBI executed search warrants at the homes of former lobbyist Mike McClain of Quincy, a longtime confidant of House Speaker Michael Madigan, and of former 23rd Ward Ald. Michael Zalewski" (emphasis added). Additionally, "[t]he information sought by the FBI included records of communications among Madigan, McClain and Zalewski about attempts to obtain ComEd lobbying work for Zalewski."

47.     On this news, Exelon's stock price fell an additional $0.15 per share to close at $45.34 per share on November 1, 2019—a total decline of 2.83% since Exelon first disclosed the SEC investigation.

48.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

49.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Exelon securities during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures.  Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

50.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Exelon securities were actively traded on the NASDAQ and NYSE.  While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by Exelon or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

51.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

52.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.  Plaintiff has no interests antagonistic to or in conflict with those of the Class.

53.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Exelon;

- whether the Individual Defendants caused Exelon to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of Exelon securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

54. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

55. Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- Exelon securities are traded in an efficient market;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NASDAQ and NYSE, and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

- Plaintiff and members of the Class purchased, acquired and/or sold Exelon securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

56. Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

57.     Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## <u>COUNT I</u>

**(Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)**

58.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

59.     This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

60.     During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiff and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities.  Such scheme was intended to, and, throughout the Class Period, did:  (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Exelon securities; and (iii) cause Plaintiff and other members of the Class to purchase or otherwise acquire Exelon securities and options at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

61.     Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Exelon securities.  Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Exelon's finances and business prospects.

62.      By virtue of their positions at Exelon, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiff and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants.  Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth.  In addition, each Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

63.     Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control.  As the senior managers and/or directors of Exelon, the Individual Defendants had knowledge of the details of Exelon's internal affairs.

64.     The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein.  Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of

16

Exelon.  As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Exelon's businesses, operations, future financial condition and future prospects.  As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of Exelon securities was artificially inflated throughout the Class Period.  In ignorance of the adverse facts concerning Exelon's business and financial condition which were concealed by Defendants, Plaintiff and the other members of the Class purchased or otherwise acquired Exelon securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by Defendants, and were damaged thereby.

66. 65.  During the Class Period, Exelon securities were traded on an active and efficient market.  Plaintiff and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Exelon securities at prices artificially inflated by Defendants' wrongful conduct.  Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid.  At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of Exelon securities was substantially lower than the prices paid by Plaintiff and the other members of the Class.  The market price of Exelon securities declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiff and Class members.

66.  By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

17

67.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

**(Violations of Section 20(a) of the Exchange Act Against The Individual Defendants)**

68.     Plaintiff repeats and re-alleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

69.     During the Class Period, the Individual Defendants participated in the operation and management of Exelon, and conducted and participated, directly and indirectly, in the conduct of Exelon's business affairs.  Because of their senior positions, they knew the adverse non-public information about Exelon's misstatement of income and expenses and false financial statements.

70.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Exelon's financial condition and results of operations, and to correct promptly any public statements issued by Exelon which had become materially false or misleading.

71.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Exelon disseminated in the marketplace during the Class Period concerning Exelon's results of operations.  Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Exelon to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of Exelon within the meaning of

Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Exelon securities.

72.     Each of the Individual Defendants, therefore, acted as a controlling person of Exelon. By reason of their senior management positions and/or being directors of Exelon, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, Exelon to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of Exelon and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

73.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Exelon.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

A.      Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.      Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.      Awarding Plaintiff and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.      Awarding such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated:  December 16, 2019

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

***Attorneys for Plaintiff***

**CERTIFICATION PURSUANT**
**TO FEDERAL SECURITIES LAWS**

1.    I,  __    Joshua Flynn    _____, make this

declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section

21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities

Litigation Reform Act of 1995.

2.   I have reviewed a Complaint against Exelon Corporation ("Exelon" or the "Company") and

authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire Exelon securities at the direction of plaintiffs counsel, or in order to

participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a class of investors who purchased or

acquired Exelon securities during the class period**,** including providing testimony at deposition and trial, if

necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this

action.

5.   To the best of my current knowledge, the attached sheet lists all of my transactions in Exelon

securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not

sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as

set forth in the Complaint, beyond my pro-rata share of any recovery, except such reasonable costs and

expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed _____11/26/2019_____
               **(Date)**

_____
        **(Signature)**

_____
       Joshua Flynn
     **(Type or Print Name)**

**Exelon Corporation (EXC)**                                    **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Common Stock | | | |
| 5/16/2019 | Purchase | 1 | $49.1300 |
| 7/22/2019 | Purchase | 2 | $47.3600 |
| 5/22/2019 | Sales | (1) | $49.2300 |
| 7/23/2019 | Sales | (2) | $46.8700 |
| | | | |
| EXC 07/19/2019 Call $50.00 | | | |
| 5/16/2019 | Purchase | 1 | $0.8000 |
| 5/16/2019 | Purchase | 1 | $0.9000 |
| 5/20/2019 | Purchase | 1 | $0.7500 |
| 5/22/2019 | Sales | (1) | $0.8500 |
| 5/22/2019 | Sales | (1) | $0.8500 |
| 5/22/2019 | Sales | (1) | $0.8500 |
| | | | |
| EXC 07/19/2019 Call $55.00 | | | |
| 5/17/2019 | Purchase | 1 | $0.0500 |
| 5/17/2019 | Purchase | 1 | $0.0500 |
| 7/19/2019 | Sales | (2) | Expired |
| | | | |
| EXC 08/16/2019 Call $50.00 | | | |
| 6/25/2019 | Purchase | 1 | $0.9500 |
| 6/25/2019 | Purchase | 1 | $1.0000 |
| 6/25/2019 | Purchase | 1 | $1.0000 |
| 7/3/2019 | Sales | (3) | $0.6500 |
| | | | |
| EXC 10/18/2019 Call $48.00 | | | |
| 6/4/2019 | Purchase | 1 | $2.0500 |
| 6/5/2019 | Sales | (1) | $2.7500 |
| | | | |
| EXC 10/18/2019 Call $50.00 | | | |
| 6/18/2019 | Purchase | 1 | $1.8500 |
| 6/25/2019 | Purchase | 1 | $1.4500 |
| 6/25/2019 | Purchase | 1 | $1.4700 |
| 6/25/2019 | Purchase | 1 | $1.5000 |
| 6/25/2019 | Purchase | 1 | $1.5500 |
| 6/25/2019 | Purchase | 1 | $1.5500 |
| 6/25/2019 | Purchase | 1 | $1.6000 |
| 6/25/2019 | Purchase | 1 | $1.6500 |
| 6/26/2019 | Purchase | 5 | $1.1000 |
| 6/26/2019 | Purchase | 2 | $1.3000 |
| 6/20/2019 | Sales | (1) | $2.1000 |

**Exelon Corporation (EXC)**                                     **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|----------------------|---------------------|
| 7/3/2019 | Sales | (10) | $1.2000 |
| 7/3/2019 | Sales | (1) | $1.2500 |
| 7/3/2019 | Sales | (2) | $1.2500 |
| 7/3/2019 | Sales | (1) | $1.2500 |
| **EXC 01/17/2020 Call $47.00** | | | |
| 7/24/2019 | Purchase | 3 | $1.5000 |
| 7/24/2019 | Sales | (3) | $1.3500 |
| **EXC 01/17/2020 Call $49.00** | | | |
| 6/25/2019 | Purchase | 1 | $2.6500 |
| 6/26/2019 | Purchase | 1 | $2.3500 |
| 6/26/2019 | Purchase | 1 | $2.5000 |
| 6/27/2019 | Purchase | 1 | $1.9000 |
| 6/27/2019 | Purchase | 2 | $1.9000 |
| 7/1/2019 | Purchase | 4 | $1.8500 |
| 7/19/2019 | Purchase | 2 | $1.9500 |
| 7/19/2019 | Purchase | 1 | $1.6500 |
| 7/9/2019 | Sales | (1) | $2.3000 |
| 7/9/2019 | Sales | (2) | $2.3000 |
| 7/9/2019 | Sales | (1) | $2.3500 |
| 7/23/2019 | Sales | (1) | $1.1500 |
| 7/23/2019 | Sales | (8) | $1.1500 |
| **EXC 01/17/2020 Call $50.00** | | | |
| 5/30/2019 | Purchase | 1 | $1.8500 |
| 6/25/2019 | Purchase | 1 | $2.1400 |
| 6/25/2019 | Purchase | 1 | $2.2000 |
| 6/25/2019 | Purchase | 1 | $2.3000 |
| 6/25/2019 | Purchase | 1 | $2.4000 |
| 6/26/2019 | Purchase | 2 | $1.7000 |
| 6/26/2019 | Purchase | 1 | $1.7500 |
| 6/26/2019 | Purchase | 1 | $1.7500 |
| 6/26/2019 | Purchase | 2 | $2.0000 |
| 6/28/2019 | Purchase | 1 | $1.5500 |
| 7/5/2019 | Purchase | 2 | $1.8500 |
| 7/8/2019 | Purchase | 3 | $1.8500 |
| 7/8/2019 | Purchase | 4 | $1.8500 |
| 7/8/2019 | Purchase | 3 | $1.8000 |
| 7/8/2019 | Purchase | 2 | $1.8000 |
| 7/8/2019 | Purchase | 1 | $1.7500 |
| 7/9/2019 | Purchase | 4 | $1.7500 |
| 7/9/2019 | Purchase | 3 | $1.7000 |
| 7/9/2019 | Purchase | 1 | $1.7000 |
| 7/9/2019 | Purchase | 1 | $1.7000 |

**Exelon Corporation (EXC)**                                          **Flynn, Joshua**

## List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 7/11/2019 | Purchase | 3 | $2.0000 |
| 7/11/2019 | Purchase | 3 | $2.0000 |
| 7/11/2019 | Purchase | 1 | $1.9500 |
| 7/11/2019 | Purchase | 4 | $1.9500 |
| 7/11/2019 | Purchase | 1 | $1.9500 |
| 7/11/2019 | Purchase | 1 | $1.9000 |
| 7/12/2019 | Purchase | 3 | $1.8500 |
| 7/15/2019 | Purchase | 5 | $1.8000 |
| 7/15/2019 | Purchase | 2 | $1.7000 |
| 7/15/2019 | Purchase | 3 | $1.7000 |
| 7/15/2019 | Purchase | 1 | $1.7000 |
| 7/15/2019 | Purchase | 1 | $1.7000 |
| 7/15/2019 | Purchase | 1 | $1.7000 |
| 7/16/2019 | Purchase | 2 | $1.6000 |
| 7/16/2019 | Purchase | 5 | $1.5500 |
| 7/16/2019 | Purchase | 10 | $1.5500 |
| 7/16/2019 | Purchase | 5 | $1.5000 |
| 7/16/2019 | Purchase | 3 | $1.5000 |
| 7/16/2019 | Purchase | 1 | $1.5000 |
| 7/16/2019 | Purchase | 1 | $1.4500 |
| 7/16/2019 | Purchase | 2 | $1.4500 |
| 7/16/2019 | Purchase | 1 | $1.4000 |
| 7/16/2019 | Purchase | 1 | $1.4500 |
| 7/18/2019 | Purchase | 6 | $1.5500 |
| 7/18/2019 | Purchase | 2 | $1.6000 |
| 7/18/2019 | Purchase | 3 | $1.6000 |
| 7/19/2019 | Purchase | 1 | $1.5500 |
| 7/19/2019 | Purchase | 1 | $1.5500 |
| 7/19/2019 | Purchase | 1 | $1.5000 |
| 7/19/2019 | Purchase | 1 | $1.5000 |
| 7/19/2019 | Purchase | 1 | $1.5500 |
| 7/19/2019 | Purchase | 2 | $1.5500 |
| 7/19/2019 | Purchase | 1 | $1.5000 |
| 7/19/2019 | Purchase | 2 | $1.5000 |
| 7/19/2019 | Purchase | 1 | $1.4500 |
| 7/19/2019 | Purchase | 1 | $1.4500 |
| 7/19/2019 | Purchase | 1 | $1.4500 |
| 7/19/2019 | Purchase | 1 | $1.4000 |
| 7/19/2019 | Purchase | 2 | $1.4000 |
| 7/19/2019 | Purchase | 1 | $1.3800 |
| 7/19/2019 | Purchase | 3 | $1.3700 |
| 7/19/2019 | Purchase | 1 | $1.4000 |
| 7/19/2019 | Purchase | 1 | $1.2900 |
| 7/19/2019 | Purchase | 1 | $1.3000 |
| 7/19/2019 | Purchase | 1 | $1.3000 |

**Exelon Corporation (EXC)**                                                                              **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 7/19/2019 | Purchase | 1 | $1.3000 |
| 7/19/2019 | Purchase | 1 | $1.3000 |
| 7/19/2019 | Purchase | 1 | $1.3000 |
| 7/19/2019 | Purchase | 2 | $1.3000 |
| 7/19/2019 | Purchase | 1 | $1.2500 |
| 7/19/2019 | Purchase | 2 | $1.2500 |
| 7/19/2019 | Purchase | 3 | $1.2500 |
| 7/19/2019 | Purchase | 2 | $1.2500 |
| 7/19/2019 | Purchase | 1 | $1.2500 |
| 7/22/2019 | Purchase | 2 | $1.1000 |
| 7/23/2019 | Purchase | 1 | $0.9500 |
| 7/23/2019 | Purchase | 25 | $0.9500 |
| 7/23/2019 | Purchase | 2 | $0.9500 |
| 7/23/2019 | Purchase | 1 | $0.9000 |
| 7/23/2019 | Purchase | 19 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8000 |
| 7/24/2019 | Purchase | 2 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 3 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 2 | $0.5500 |
| 7/24/2019 | Purchase | 1 | $0.5500 |
| 7/24/2019 | Purchase | 1 | $0.5500 |

**Exelon Corporation (EXC)**                                            **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 7/24/2019 | Purchase | 2 | $0.5500 |
| 7/24/2019 | Purchase | 1 | $0.5500 |
| 7/26/2019 | Purchase | 1 | $0.8000 |
| 7/26/2019 | Purchase | 4 | $0.8000 |
| 7/26/2019 | Purchase | 5 | $0.8000 |
| 7/26/2019 | Purchase | 1 | $0.8000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 8/1/2019 | Purchase | 1 | $0.5000 |
| 8/1/2019 | Purchase | 1 | $0.4500 |
| 8/1/2019 | Purchase | 1 | $0.4500 |
| 8/1/2019 | Purchase | 1 | $0.5000 |
| 8/2/2019 | Purchase | 1 | $0.6500 |
| 8/2/2019 | Purchase | 1 | $0.5500 |
| 8/2/2019 | Purchase | 1 | $0.5500 |
| 8/2/2019 | Purchase | 1 | $0.5500 |
| 8/2/2019 | Purchase | 1 | $0.5500 |
| 8/5/2019 | Purchase | 1 | $0.5500 |
| 8/8/2019 | Purchase | 1 | $0.6000 |
| 8/9/2019 | Purchase | 1 | $0.5500 |
| 8/16/2019 | Purchase | 1 | $0.5500 |
| 8/16/2019 | Purchase | 1 | $0.4500 |
| 8/16/2019 | Purchase | 2 | $0.5000 |
| 8/16/2019 | Purchase | 5 | $0.5000 |
| 8/16/2019 | Purchase | 1 | $0.5000 |
| 8/21/2019 | Purchase | 1 | $0.4400 |
| 8/21/2019 | Purchase | 1 | $0.4500 |
| 9/16/2019 | Purchase | 1 | $0.8500 |
| 9/16/2019 | Purchase | 1 | $0.8500 |
| 9/16/2019 | Purchase | 1 | $0.8500 |
| 9/16/2019 | Purchase | 14 | $0.8500 |
| 9/18/2019 | Purchase | 1 | $1.0500 |
| 9/19/2019 | Purchase | 1 | $0.9500 |

**Exelon Corporation (EXC)**                                           **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 9/19/2019 | Purchase | 4 | $1.0000 |
| 9/23/2019 | Purchase | 1 | $1.1000 |
| 10/2/2019 | Purchase | 1 | $0.9000 |
| 10/2/2019 | Purchase | 1 | $0.9000 |
| 10/2/2019 | Purchase | 1 | $0.9000 |
| 10/2/2019 | Purchase | 1 | $0.9000 |
| 10/2/2019 | Purchase | 1 | $0.9500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 4 | $0.9000 |
| 10/3/2019 | Purchase | 1 | $0.8800 |
| 10/3/2019 | Purchase | 1 | $0.9000 |
| 10/4/2019 | Purchase | 1 | $1.0000 |
| 10/4/2019 | Purchase | 1 | $1.0000 |
| 10/8/2019 | Purchase | 1 | $1.0000 |
| 10/8/2019 | Purchase | 1 | $0.9500 |
| 10/10/2019 | Purchase | 2 | $0.8000 |
| 10/10/2019 | Purchase | 1 | $0.8000 |
| 10/10/2019 | Purchase | 1 | $0.8000 |
| 10/10/2019 | Purchase | 5 | $0.8000 |
| 10/10/2019 | Purchase | 3 | $0.8000 |
| 10/10/2019 | Purchase | 5 | $0.8000 |
| 10/10/2019 | Purchase | 5 | $0.8000 |
| 10/11/2019 | Purchase | 1 | $0.8000 |
| 10/14/2019 | Purchase | 2 | $0.5800 |
| 10/14/2019 | Purchase | 5 | $0.5800 |
| 10/14/2019 | Purchase | 5 | $0.5800 |
| 10/14/2019 | Purchase | 1 | $0.5800 |
| 10/14/2019 | Purchase | 2 | $0.5800 |
| 10/14/2019 | Purchase | 3 | $0.5800 |
| 10/14/2019 | Purchase | 5 | $0.5900 |
| 10/14/2019 | Purchase | 2 | $0.5800 |
| 10/14/2019 | Purchase | 3 | $0.5800 |
| 10/14/2019 | Purchase | 1 | $0.5700 |
| 10/15/2019 | Purchase | 10 | $0.5000 |
| 10/15/2019 | Purchase | 5 | $0.5500 |
| 10/15/2019 | Purchase | 1 | $0.5500 |
| 10/15/2019 | Purchase | 1 | $0.5500 |
| 10/15/2019 | Purchase | 2 | $0.5800 |
| 10/15/2019 | Purchase | 2 | $0.5800 |

**Exelon Corporation (EXC)**                                    **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|----------------------|----------------------|
| 10/15/2019 | Purchase | 2 | $0.5800 |
| 10/15/2019 | Purchase | 4 | $0.5800 |
| 10/15/2019 | Purchase | 3 | $0.5800 |
| 10/15/2019 | Purchase | 3 | $0.5800 |
| 10/16/2019 | Purchase | 2 | $0.2800 |
| 10/16/2019 | Purchase | 50 | $0.3000 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/16/2019 | Purchase | 20 | $0.3000 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/17/2019 | Purchase | 1 | $0.1500 |
| 10/17/2019 | Purchase | 5 | $0.1500 |
| 10/18/2019 | Purchase | 1 | $0.2000 |
| 10/18/2019 | Purchase | 2 | $0.2000 |
| 10/18/2019 | Purchase | 1 | $0.2000 |
| 10/18/2019 | Purchase | 1 | $0.2000 |
| 10/22/2019 | Purchase | 1 | $0.2000 |
| 10/22/2019 | Purchase | 1 | $0.2000 |
| 10/22/2019 | Purchase | 1 | $0.2000 |
| 10/22/2019 | Purchase | 1 | $0.1700 |
| 10/22/2019 | Purchase | 5 | $0.1700 |
| 10/22/2019 | Purchase | 1 | $0.1700 |
| 10/23/2019 | Purchase | 1 | $0.2300 |
| 10/23/2019 | Purchase | 1 | $0.2300 |
| 10/23/2019 | Purchase | 1 | $0.2100 |
| 10/23/2019 | Purchase | 1 | $0.2000 |
| 10/23/2019 | Purchase | 1 | $0.2000 |
| 10/24/2019 | Purchase | 1 | $0.2400 |
| 10/24/2019 | Purchase | 4 | $0.2200 |
| 10/24/2019 | Purchase | 1 | $0.2500 |
| 10/29/2019 | Purchase | 1 | $0.1800 |
| 10/29/2019 | Purchase | 3 | $0.1800 |
| 10/30/2019 | Purchase | 1 | $0.2700 |
| 6/3/2019 | Sales | (1) | $1.8000 |
| 7/9/2019 | Sales | (1) | $1.85 |
| 7/9/2019 | Sales | (1) | $1.85 |
| 7/9/2019 | Sales | (1) | $1.85 |
| 7/9/2019 | Sales | (1) | $1.85 |
| 7/10/2019 | Sales | (1) | $2.20 |
| 7/10/2019 | Sales | (1) | $2.20 |
| 7/10/2019 | Sales | (9) | $2.20 |
| 7/10/2019 | Sales | (1) | $2.25 |

**Exelon Corporation (EXC)**                                      **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 7/17/2019 | Sales | (9) | $1.65 |
| 7/17/2019 | Sales | (1) | $1.65 |
| 7/25/2019 | Sales | (5) | $0.80 |
| 7/25/2019 | Sales | (1) | $0.85 |
| 7/25/2019 | Sales | (1) | $0.85 |
| 7/25/2019 | Sales | (1) | $0.85 |
| 7/25/2019 | Sales | (1) | $0.85 |
| 7/25/2019 | Sales | (1) | $0.85 |
| 8/27/2019 | Sales | (1) | $0.80 |
| 9/3/2019 | Sales | (1) | $1.15 |
| 9/10/2019 | Sales | (25) | $1.30 |
| 9/10/2019 | Sales | (15) | $1.30 |
| 9/10/2019 | Sales | (1) | $1.30 |
| 9/10/2019 | Sales | (1) | $1.25 |
| 9/11/2019 | Sales | (7) | $1.38 |
| 9/11/2019 | Sales | (8) | $1.38 |
| 9/11/2019 | Sales | (1) | $1.35 |
| 9/11/2019 | Sales | (5) | $1.30 |
| 9/11/2019 | Sales | (1) | $1.30 |
| 9/11/2019 | Sales | (9) | $1.30 |
| 9/11/2019 | Sales | (10) | $1.30 |
| 9/11/2019 | Sales | (1) | $1.30 |
| 9/20/2019 | Sales | (5) | $1.20 |
| 9/24/2019 | Sales | (5) | $1.35 |
| 9/24/2019 | Sales | (1) | $1.35 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.47 |
| 9/26/2019 | Sales | (1) | $1.46 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.40 |
| 9/26/2019 | Sales | (1) | $1.40 |

EXC 04/17/2020 Call $50.00

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 10/18/2019 | Purchase | 1 | $0.5000 |
| 10/18/2019 | Purchase | 1 | $0.5000 |
| 10/24/2019 | Sales | (1) | $0.70 |
| 10/24/2019 | Sales | (1) | $0.70 |

EXC 01/15/2021 Call $55.00

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 9/12/2019 | Purchase | 1 | $1.2500 |

**Exelon Corporation (EXC)**                                    **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|----------------------|----------------------|
| 9/16/2019 | Purchase | 1 | $1.0000 |
| 9/16/2019 | Purchase | 2 | $1.0000 |
| 9/16/2019 | Purchase | 1 | $1.0000 |
| 9/16/2019 | Purchase | 1 | $1.0000 |
| 9/16/2019 | Purchase | 1 | $1.0000 |
| 9/16/2019 | Purchase | 3 | $1.0000 |
| 9/17/2019 | Purchase | 5 | $1.0000 |
| 10/7/2019 | Purchase | 1 | $1.2500 |
| 10/17/2019 | Purchase | 1 | $0.6000 |
| 10/17/2019 | Purchase | 1 | $0.6000 |