**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | Case No.: 1:19-cv-8209 |
| Plaintiff, ) ) ) | Judge: Virginia M. Kendall |
| v. ) ) | Magistrate Judge: Susan E. Cox |
| EXELON CORPORATION, CHRISTOPHER M. CRANE, JOSEPH NIGRO, JOSEPH DOMINGUEZ, and JEANNE M. JONES, ) ) ) ) ) | |
| Defendants. ) ) ) | |

**MOTION OF MOVANT KAREN FISCHER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Karen Fischer ("Movant"), by his counsel, hereby moves this Court for an Order, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, (i) appointing Movant as Lead Plaintiff; (ii) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Wolf Haldenstein Adler Freeman & Herz LLC as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.  In support of this motion, Movant submits herewith a memorandum of law and declaration in support of this motion.

Dated: February 14, 2020

Respectfully submitted,

/s/*Carl Malmstrom*
Carl Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 545-4653
malmstrom@whafh.com

1

2

*[Proposed] Liaison Counsel for Plaintiff*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for*
*Lead Plaintiff and the Class*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/*Carl Malmstrom*