## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXELON CORPORATION, CHRISTOPHER M. CRANE, JOSEPH NIGRO, JOSEPH DOMINGUEZ, and JEANNE M. JONES,<br><br>Defendants. | Case No.: 1:19-cv-8209<br><br>Judge: Virginia M. Kendall<br>Magistrate Judge: Susan E. Cox |

## DECLARATION OF CARL V. MALMSTROM

I, Carl V. Malmstrom, hereby declare:

1.      I am an attorney with Wolf Haldenstein Adler Freeman & Herz LLP, proposed Liaison Counsel in this action. I have personal knowledge of the facts set forth herein.  I make this declaration in support of the motion of Karen Fischer ("Movant") for: (i) appointment of Lead Plaintiff for the Class; and (ii) approval of Lead Plaintiff's selection of The Rosen Law Firm, P.A. as Lead Counsel and Wolf Haldenstein Adler Freeman & Herz LLP as Liaison Counsel for the Class.

2.      Attached hereto as Exhibit 1 is true and correct copy of a PSLRA early notice.

3.      Attached hereto as Exhibit 2 is true and correct copy of Movant's PSLRA certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.      Attached hereto as Exhibit 4 is a copy of the firm resume of The Rosen Law Firm, P.A.

1

6. Attached hereto as Exhibit 5 is a copy of the firm resume of Wolf Haldenstein Adler Freeman & Herz LLP.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2020, in Chicago, Illinois.

/s/Carl V. Malmstrom
Carl V. Malmstrom