# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| JOSHUA FLYNN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) Case No. 1:19-cv-08209 |
|  | ) |
|  | ) Honorable Virginia M. Kendall |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| EXELON CORPORATION, CHRISTOPHER M. CRANE, JOSEPH NIGRO, JOSEPH DOMINGUEZ, and JEANNE M. JONES, | ) ) ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## MOTION OF THE INSTITUTIONAL INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

Proposed Lead Plaintiff Greater Pennsylvania Carpenters' Pension Fund and Steamfitters Local 449 Pension Plan (together, the "Institutional Investor Group") respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) appointing the Institutional Investor Group as Lead Plaintiff; (ii) approving the Institutional Investor Group's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Liaison Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that the Institutional Investor Group is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. The Institutional Investor Group believes that it has the "largest financial interest" in the relief sought by the Class in this action. The Institutional Investor Group also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims, and because the Institutional Investor Group will fairly and adequately represent the Class. Further, the Institutional Investor Group is the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA. The Institutional Investor Group is a cohesive group comprised of like-minded, sophisticated institutional investors with a substantial financial stake in the litigation determined to maximize recovery for the Class and provide effective monitoring and supervision of counsel.

The Institutional Investor Group respectfully requests oral argument.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Carol V. Gilden, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Institutional Investor Group respectfully requests that the Court grant its motion and enter an Order: (i) appointing the Institutional Investor Group as Lead Plaintiff; (ii) approving the Institutional Investor Group's selection of Labaton Sucharow as Lead Counsel for the Class and Cohen Milstein as Liaison Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

DATED:  February 14, 2020

Respectfully submitted,

By: */s/ Carol V. Gilden*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (N.D. Ill. #6185530)
190 South LaSalle Street/ Suite 1705
Chicago, Illinois 60603
Telephone: (312) 629-3737
Facsimile: (312) 357-0369
cgilden@cohenmelstein.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

2

*Counsel for Lead Plaintiff Movant the
Institutional Investor Group and Proposed
Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Carol V. Gilden, certify that on this 14th day of February, 2020 I electronically filed the foregoing with the Clerk of the U.S. District Court using the CM/ECF system which will send notification electronically to the registered participants as identified on the Notice of Electronic Filing.

 /s/  Carol V. Gilden

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (N.D. Ill. #6185530)
190 South LaSalle Street/ Suite 1705
Chicago, Illinois 60603
Telephone: (312) 629-3737
Facsimile: (312) 357-0369
cgilden@cohenmelstein.com