# EXHIBIT C

Movant's Purchases and Losses     Class Period: 02/09/2019 - 11/01/2019     Exelon Corporation

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Local 295 IBT Employer Group Pension Trust Fund** | 02/27/2019 | 18 | $48.48 | $872.57 | held | 22,950 | $45.42 | $1,042,276.16 | |
| | 02/27/2019 | 1,982 | $48.60 | $96,324.80 | | | | | |
| | 03/05/2019 | 1,601 | $48.45 | $77,561.57 | | | | | |
| | 03/05/2019 | 2,099 | $48.38 | $101,554.87 | | | | | |
| | 03/13/2019 | 496 | $49.58 | $24,589.20 | | | | | |
| | 03/13/2019 | 2,204 | $49.57 | $109,263.08 | | | | | |
| | 03/27/2019 | 50 | $50.64 | $2,531.80 | | | | | |
| | 03/27/2019 | 372 | $50.49 | $18,782.95 | | | | | |
| | 03/27/2019 | 519 | $50.63 | $26,276.40 | | | | | |
| | 03/27/2019 | 611 | $50.46 | $30,831.67 | | | | | |
| | 03/28/2019 | 10 | $50.50 | $504.95 | | | | | |
| | 03/28/2019 | 238 | $49.89 | $11,874.30 | | | | | |
| | 05/08/2019 | 177 | $48.77 | $8,632.80 | | | | | |
| | 05/08/2019 | 3,157 | $48.67 | $153,644.88 | | | | | |
| | 05/09/2019 | 11 | $48.73 | $535.98 | | | | | |
| | 05/09/2019 | 505 | $48.80 | $24,644.00 | | | | | |
| | 05/22/2019 | 91 | $49.18 | $4,475.71 | | | | | |
| | 05/22/2019 | 99 | $49.29 | $4,879.22 | | | | | |
| | 05/22/2019 | 2,114 | $49.26 | $104,136.70 | | | | | |
| | 05/23/2019 | 17 | $49.39 | $839.67 | | | | | |
| | 05/23/2019 | 268 | $49.40 | $13,238.69 | | | | | |
| | 05/24/2019 | 561 | $49.85 | $27,965.68 | | | | | |
| | 06/05/2019 | 252 | $49.19 | $12,394.62 | | | | | |
| | 06/05/2019 | 1,260 | $49.52 | $62,401.25 | | | | | |
| | 06/06/2019 | 685 | $50.04 | $34,276.37 | | | | | |
| | 06/07/2019 | 42 | $51.08 | $2,145.22 | | | | | |
| | 06/07/2019 | 211 | $51.04 | $10,769.74 | | | | | |
| | 06/19/2019 | 1,600 | $49.87 | $79,789.60 | | | | | |
| | 07/01/2019 | 950 | $48.00 | $45,603.71 | | | | | |
| | 08/14/2019 | 750 | $44.98 | $33,731.63 | | | | | |
| **Movant's Total** | | **22,950** | | **$1,125,073.63** | | **22,950** | | **$1,042,276.16** | **($82,797.47)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $45.42 as of January 30, 2020 for common stock.

Prices listed are rounded to two decimal places.