**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| JOSHUA FLYNN, Individually and On Behalf of All Others Similarly Situated, | ) )<br>) Case No. 1:19-cv-08209<br>)<br>) Honorable Virginia M. Kendall |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXELON CORPORATION, CHRISTOPHER M. CRANE, JOSEPH NIGRO, JOSEPH DOMINGUEZ, and JEANNE M. JONES, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF THE MOTION OF
THE INSTITUTIONAL INVESTOR GROUP FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Carol V. Gilden, declare as follows:

I am a member in good standing of the bar of the State of Illinois and am admitted to practice before this Court. I am a Partner at Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), proposed Liaison Counsel for the Class. I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Greater Pennsylvania Carpenters' Pension Fund and Steamfitters Local 449 Pension Plan (together, the "Institutional Investor Group") for the entry of an Order: (i) appointing the Institutional Investor Group as Lead Plaintiff; (ii) approving the Institutional Investor Group's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and Cohen Milstein as Liaison Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A: Signed Certifications of the members of the Institutional Investor Group, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B: A chart reflecting the respective transactions of the members of the Institutional Investor Group in Exelon Corporation securities and approximate losses;

EXHIBIT C: Joint Declaration of the Institutional Investor Group;

EXHIBIT D: Notice of pendency of the above-captioned action, published on December 16, 2019;

EXHIBIT E: Firm Resume of Labaton Sucharow; and

EXHIBIT F: Firm Resume of Cohen Milstein.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of February, 2020

By: */s/ Carol V. Gilden*

2

**COHEN MILSTEIN SELLERS
& TOLL PLLC**
Carol V. Gilden (N.D. Ill. #6185530)
190 South LaSalle Street/ Suite 1705
Chicago, Illinois 60603
Telephone: (312) 629-3737
Facsimile: (312) 357-0369
cgilden@cohenmelstein.com

2

## CERTIFICATE OF SERVICE

I, Carol V. Gilden, certify that on this 14th day of February, 2020 I electronically filed the foregoing with the Clerk of the U.S. District Court using the CM/ECF system which will send notification electronically to the registered participants as identified on the Notice of Electronic Filing.

 /s/  Carol V. Gilden

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (N.D. Ill. #6185530)
190 South LaSalle Street/ Suite 1705
Chicago, Illinois 60603
Telephone: (312) 629-3737
Facsimile: (312) 357-0369
cgilden@cohenmelstein.com