# Exhibit A

## CERTIFICATION

I, James R. Klein, as Administrator of Greater Pennsylvania Carpenters' Pension Fund ("GPCPF"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of GPCPF.  I have reviewed a complaint filed against Exelon Corporation ("Exelon"), alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      GPCPF did not purchase securities of Exelon at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      GPCPF is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  GPCPF fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      GPCPF's transactions in Exelon securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      GPCPF sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*In re Celadon Group, Inc. Securities Litigation*, No. 1:17-cv-2828 (S.D.N.Y.)
*Bristol County Retirement System v. Telefonaktiebolaget LM Ericsson*, No. 1:18-cv-3021 (S.D.N.Y.)
*City of Westland Police and Fire Retirement System v. Philip Morris International Inc.*, No. 1:18-cv-8049 (S.D.N.Y.)

6.      Beyond its pro rata share of any recovery, GPCPF will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ___13th___ day of February, 2020.

James R. Klein
*Administrator*
*Greater Pennsylvania Carpenters' Pension Fund*

2

**EXHIBIT A**

**TRANSACTIONS IN EXELON CORPORATION**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 04/30/19 | 4,900.00 | $50.88 | ($249,312.00) |
| Purchase | 05/23/19 | 2,475.00 | $49.46 | ($122,413.50) |
| Purchase | 07/08/19 | 2,550.00 | $48.79 | ($124,414.50) |
| Sale | 08/16/19 | -10,450.00 | $45.06 | $470,877.00 |

## CERTIFICATION

I, Joseph M. Little, as Chairman of the Board of Trustees of Steamfitters Local 449 Pension Plan ("Local 449"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Local 449.  I have reviewed a Complaint filed against Exelon Corporation ("Exelon") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      Local 449 did not purchase securities of Exelon at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Local 449 is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Local 449 fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Local 449's transactions in Exelon securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      Local 449 sought to serve or currently serves as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Steamfitters Local 449 Pension Plan v. Molina Healthcare, Inc.*, No. 2:18-cv-3579 (C.D. Cal.)
*Potts v. Weight Watchers International, Inc.*, No. 1:19-cv-2005 (S.D.N.Y.)
*Gross v. AT&T Inc.*, No. 1:19-cv-2892 (S.D.N.Y.)
*Safadi v. Uniti Group Inc. f/k/a Communications Sales & Leasing, Inc.*, No. 4:19-cv-0756 (E.D. Ark.)

6.      Local 449 sought to serve as a representative party but not as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Steamfitters Local 449 Pension Plan v. Maximus, Inc.*, No. 1:17-cv-0884 (E.D. Va.)
*Steamfitters Local 449 Pension Plan v. Skechers U.S.A., Inc.*, No. 1:17-cv-08107 (S.D.N.Y.)
*City of Roseville Employees' Retirement System v. Apple Inc.*, No. 4:19-cv-2033 (N.D. Cal.)

7.      Beyond its pro rata share of any recovery, Local 449 will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __14__ day of February, 2020.

_____
Joseph M. Little
Chairman of the Board of Trustees
Steamfitters Local 449 Pension Plan

## EXHIBIT A

### TRANSACTIONS IN EXELON CORPORATION

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 04/30/19 | 2,875.00 | $50.88 | ($146,280.00) |
| Purchase | 05/23/19 | 1,450.00 | $49.59 | ($71,905.50) |
| Purchase | 07/08/19 | 1,500.00 | $48.79 | ($73,185.00) |
| Sale | 08/16/19 | -6,150.00 | $45.08 | $277,242.00 |