**Exhibit B**

**LOSS ANALYSIS**

**Class Period: 2/9/2019 to 11/1/2019**

**EXELON CORPORATION**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| EXC | 30161N101 | 2670519 | US30161N1019 | $45.3700 [1] |

**Greater Pennsylvania Carpenters' Pension Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 02/09/19 | 24,325 | | |
| Sale | 08/16/19 | -525 | $45.0600 | $23,656.50 |
| *Class Period sales (matched to pre-Class Period purchases):* | | *-525* | | *$23,656.50* |
| Purchase | 04/30/19 | 4,900 | $50.8800 | ($249,312.00) |
| Purchase | 05/23/19 | 2,475 | $49.4600 | ($122,413.50) |
| Purchase | 07/08/19 | 2,550 | $48.7900 | ($124,414.50) |
| *Class Period purchases:* | | *9,925* | | *($496,140.00)* |
| Sale | 08/16/19 | -9,925 | $45.0600 | $447,220.50 |
| *Class Period sales (matched to Class Period purchases):* | | *-9,925* | | *$447,220.50* |
| | | | **LIFO Gain/(Loss):** | **($48,919.50)** |

**Steamfitters Local 449 Pension Plan**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 02/09/19 | 14,275 | | |
| Sale | 08/16/19 | -325 | $45.0800 | $14,651.00 |
| *Class Period sales (matched to pre-Class Period purchases):* | | *-325* | | *$14,651.00* |
| Purchase | 04/30/19 | 2,875 | $50.8800 | ($146,280.00) |
| Purchase | 05/23/19 | 1,450 | $49.5900 | ($71,905.50) |

[1] *Value of shares held is the mean trading price from 11/1/2019 to 1/29/2020.*

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 07/08/19 | 1,500 | $48.7900 | ($73,185.00) |
| *Class Period purchases:* | | *5,825* | | *($291,370.50)* |
| | | | | |
| Sale | 08/16/19 | -5,825 | $45.0800 | $262,591.00 |
| *Class Period sales (matched to Class Period purchases):* | | *-5,825* | | *$262,591.00* |

**LIFO Gain/(Loss):** **($28,779.50)**

**Total LIFO Gain/(Loss):** **($77,699.00)**

**Total Shares Bought:** **15,750**

**Total Net Expenditures:** **($39,391.50)**