UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA FLYNN, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:19-cv-08209 |
| Plaintiff, | |
| v. | CLASS ACTION |
| EXELON CORPORATION, CHRISTOPHER M. CRANE, JOSEPH NIGRO, JOSEPH DOMINGUEZ, and JEANNE M. JONES, | Hon. Virginia M. Kendall |
| Defendants. | |

**MOTION OF JOSHUA FLYNN**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Movant Joshua Flynn ("Flynn"), by and through his counsel, hereby moves this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Flynn as Lead Plaintiff on behalf of a class consisting of all persons other than the above-captioned defendants who purchased or otherwise acquired Exelon Corporation securities between February 9, 2019 and November 1, 2019, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel for the Class.

Flynn, as the proposed Lead Plaintiff, has timely filed his motion pursuant to the PSLRA and is believed to be the investor with the largest financial interest in the outcome of the litigation. The proposed Lead Plaintiff meets the requirements of the PSLRA and Fed. R. Civ. P. 23 in that his claims are typical of the claims of the class, and he will fairly and adequately represent the interests of the class. The proposed Lead Plaintiff's choice of counsel should be accepted by this Court because the proposed Lead Plaintiff's selected counsel, Pomerantz, is a nationally recognized firm with extensive experience and expertise in securities fraud and other class actions.

In further support of this Motion, Flynn relies on the accompanying Memorandum of Law, as well as the Declaration of J. Alexander Hood II, Esq. and the exhibits appended thereto, filed herewith.

WHEREFORE, Flynn respectfully requests that the Court issue an Order: (1) appointing Flynn as Lead Plaintiff for the Class; and (2) approving his selection of Pomerantz as Lead Counsel.

Dated: February 14, 2020                    Respectfully submitted,

1

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*Joshua Flynn*

2