UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| JOSHUA FLYNN, Individually and On Behalf of All Others Similarly Situated, | Civil Action No.  1:19-cv-08209 |
| Plaintiff, | |
| v. | CLASS ACTION |
| EXELON CORPORATION, CHRISTOPHER M. CRANE, JOSEPH NIGRO, JOSEPH DOMINGUEZ, and JEANNE M. JONES, | Hon. Virginia M. Kendall |
| Defendants. | |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF
MOTION OF JOSHUA FLYNN FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Joshua Flynn ("Flynn"), and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of Flynn's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz as Lead Counsel for the Class.

3. Attached hereto as the exhibits indicated are copies of the following:

Exhibit A: Loss chart of Flynn;

Exhibit B: Press release published over *Globe Newswire*, announcing the pendency of the above-captioned action;

Exhibit C: Shareholder Certification executed by Flynn; and

Exhibit D: Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 14, 2020, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman