# EXHIBIT A

**Exelon Corporation (EXC)**
**Class Period: February 9, 2019, and October 30, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares/Contracts Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Flynn, Joshua | | | | | | | | | | |
| Common Stock | 5/16/2019 | 1 | $49.1300 | ($49) | 5/22/2019 | (1) | $49.2300 | $49 | | |
| Common Stock | 7/22/2019 | 2 | $47.3600 | ($95) | 7/23/2019 | (2) | $46.8700 | $94 | | |
| **Common Stock** | | **3** | | **($144)** | | **(3)** | | **$143** | **0** | **($0.8800)** |
| EXC 07/19/2019 Call $50.00 | 5/16/2019 | 1 | $0.8000 | ($80) | 5/22/2019 | (1) | $0.8500 | $85 | | |
| EXC 07/19/2019 Call $50.00 | 5/16/2019 | 1 | $0.9000 | ($90) | 5/22/2019 | (1) | $0.8500 | $85 | | |
| EXC 07/19/2019 Call $50.00 | 5/20/2019 | 1 | $0.7500 | ($75) | 5/22/2019 | (1) | $0.8500 | $85 | | |
| **EXC 07/19/2019 Call $50.00** | | **3** | | **($245)** | | **(3)** | | **$255** | **0** | **$10** |
| EXC 07/19/2019 Call $55.00 | 5/17/2019 | 1 | $0.0500 | ($5) | 7/19/2019 | (2) | Expired | $0 | | |
| EXC 07/19/2019 Call $55.00 | 5/17/2019 | 1 | $0.0500 | ($5) | | | | | | |
| **EXC 07/19/2019 Call $55.00** | | **2** | | **($10)** | | **(2)** | | **$0** | **0** | **($10)** |
| EXC 08/16/2019 Call $50.00 | 6/25/2019 | 1 | $0.9500 | ($95) | 7/3/2019 | (3) | $0.6500 | $195 | | |
| EXC 08/16/2019 Call $50.00 | 6/25/2019 | 1 | $1.0000 | ($100) | | | | | | |
| EXC 08/16/2019 Call $50.00 | 6/25/2019 | 1 | $1.0000 | ($100) | | | | | | |
| **EXC 08/16/2019 Call $50.00** | | **3** | | **($295)** | | **(3)** | | **$195** | **0** | **($100)** |
| EXC 10/18/2019 Call $48.00 | 6/4/2019 | 1 | $2.0500 | ($205) | 6/5/2019 | (1) | $2.7500 | $275 | | |
| **EXC 10/18/2019 Call $48.00** | | **1** | | **($205)** | | **(1)** | | **$275** | **0** | **$70** |
| EXC 10/18/2019 Call $50.00 | 6/18/2019 | 1 | $1.8500 | ($185) | 6/20/2019 | (1) | $2.1000 | $210 | | |
| EXC 10/18/2019 Call $50.00 | 6/25/2019 | 1 | $1.4500 | ($145) | 7/3/2019 | (10) | $1.2000 | $1,200 | | |
| EXC 10/18/2019 Call $50.00 | 6/25/2019 | 1 | $1.4700 | ($147) | 7/3/2019 | (1) | $1.2500 | $125 | | |
| EXC 10/18/2019 Call $50.00 | 6/25/2019 | 1 | $1.5000 | ($150) | 7/3/2019 | (2) | $1.2500 | $250 | | |
| EXC 10/18/2019 Call $50.00 | 6/25/2019 | 1 | $1.5500 | ($155) | 7/3/2019 | (1) | $1.2500 | $125 | | |
| EXC 10/18/2019 Call $50.00 | 6/25/2019 | 1 | $1.5500 | ($155) | | | | | | |
| EXC 10/18/2019 Call $50.00 | 6/25/2019 | 1 | $1.6000 | ($160) | | | | | | |
| EXC 10/18/2019 Call $50.00 | 6/25/2019 | 1 | $1.6500 | ($165) | | | | | | |
| EXC 10/18/2019 Call $50.00 | 6/26/2019 | 5 | $1.1000 | ($550) | | | | | | |
| EXC 10/18/2019 Call $50.00 | 6/26/2019 | 2 | $1.3000 | ($260) | | | | | | |
| **EXC 10/18/2019 Call $50.00** | | **15** | | **($2,072)** | | **(15)** | | **$1,910** | **0** | **($162)** |
| EXC 01/17/2020 Call $47.00 | 7/24/2019 | 3 | $1.5000 | ($450) | 7/24/2019 | (3) | $1.3500 | $405 | | |
| **EXC 01/17/2020 Call $47.00** | | **3** | | **($450)** | | **(3)** | | **$405** | **0** | **($45)** |
| EXC 01/17/2020 Call $49.00 | 6/25/2019 | 1 | $2.6500 | ($265) | 7/9/2019 | (1) | $2.3000 | $230 | | |
| EXC 01/17/2020 Call $49.00 | 6/26/2019 | 1 | $2.3500 | ($235) | 7/9/2019 | (2) | $2.3000 | $460 | | |

**Exelon Corporation (EXC)**
**Class Period: February 9, 2019, and October 30, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares/Contracts Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| EXC 01/17/2020 Call $49.00 | 6/26/2019 | 1 | $2.5000 | ($250) | 7/9/2019 | (1) | $2.3500 | $235 | | |
| EXC 01/17/2020 Call $49.00 | 6/27/2019 | 1 | $1.9000 | ($190) | 7/23/2019 | (1) | $1.1500 | $115 | | |
| EXC 01/17/2020 Call $49.00 | 6/27/2019 | 2 | $1.9000 | ($380) | 7/23/2019 | (8) | $1.1500 | $920 | | |
| EXC 01/17/2020 Call $49.00 | 7/1/2019 | 4 | $1.8500 | ($740) | | | | | | |
| EXC 01/17/2020 Call $49.00 | 7/19/2019 | 2 | $1.9500 | ($390) | | | | | | |
| EXC 01/17/2020 Call $49.00 | 7/19/2019 | 1 | $1.6500 | ($165) | | | | | | |
| **EXC 01/17/2020 Call $49.00** | | **13** | | **($2,615)** | | **(13)** | | **$1,960** | **0** | **($655)** |
| EXC 01/17/2020 Call $50.00 | 5/30/2019 | 1 | $1.8500 | ($185) | 6/3/2019 | (1) | $1.8000 | $180 | | |
| EXC 01/17/2020 Call $50.00 | 6/25/2019 | 1 | $2.1400 | ($214) | 7/9/2019 | (1) | $1.8500 | $185 | | |
| EXC 01/17/2020 Call $50.00 | 6/25/2019 | 1 | $2.2000 | ($220) | 7/9/2019 | (1) | $1.8500 | $185 | | |
| EXC 01/17/2020 Call $50.00 | 6/25/2019 | 1 | $2.3000 | ($230) | 7/9/2019 | (1) | $1.8500 | $185 | | |
| EXC 01/17/2020 Call $50.00 | 6/25/2019 | 1 | $2.4000 | ($240) | 7/9/2019 | (1) | $1.8500 | $185 | | |
| EXC 01/17/2020 Call $50.00 | 6/26/2019 | 2 | $1.7000 | ($340) | 7/10/2019 | (1) | $2.2000 | $220 | | |
| EXC 01/17/2020 Call $50.00 | 6/26/2019 | 1 | $1.7500 | ($175) | 7/10/2019 | (1) | $2.2000 | $220 | | |
| EXC 01/17/2020 Call $50.00 | 6/26/2019 | 1 | $1.7500 | ($175) | 7/10/2019 | (9) | $2.2000 | $1,980 | | |
| EXC 01/17/2020 Call $50.00 | 6/26/2019 | 2 | $2.0000 | ($400) | 7/10/2019 | (1) | $2.2500 | $225 | | |
| EXC 01/17/2020 Call $50.00 | 6/28/2019 | 1 | $1.5500 | ($155) | 7/17/2019 | (9) | $1.6500 | $1,485 | | |
| EXC 01/17/2020 Call $50.00 | 7/5/2019 | 2 | $1.8500 | ($370) | 7/17/2019 | (1) | $1.6500 | $165 | | |
| EXC 01/17/2020 Call $50.00 | 7/8/2019 | 3 | $1.8500 | ($555) | 7/25/2019 | (5) | $0.8000 | $400 | | |
| EXC 01/17/2020 Call $50.00 | 7/8/2019 | 4 | $1.8500 | ($740) | 7/25/2019 | (1) | $0.8500 | $85 | | |
| EXC 01/17/2020 Call $50.00 | 7/8/2019 | 3 | $1.8000 | ($540) | 7/25/2019 | (1) | $0.8500 | $85 | | |
| EXC 01/17/2020 Call $50.00 | 7/8/2019 | 2 | $1.8000 | ($360) | 7/25/2019 | (1) | $0.8500 | $85 | | |
| EXC 01/17/2020 Call $50.00 | 7/8/2019 | 1 | $1.7500 | ($175) | 7/25/2019 | (1) | $0.8500 | $85 | | |
| EXC 01/17/2020 Call $50.00 | 7/9/2019 | 4 | $1.7500 | ($700) | 7/25/2019 | (1) | $0.8500 | $85 | | |
| EXC 01/17/2020 Call $50.00 | 7/9/2019 | 3 | $1.7000 | ($510) | 8/27/2019 | (1) | $0.8000 | $80 | | |
| EXC 01/17/2020 Call $50.00 | 7/9/2019 | 1 | $1.7000 | ($170) | 9/3/2019 | (1) | $1.1500 | $115 | | |
| EXC 01/17/2020 Call $50.00 | 7/9/2019 | 1 | $1.7000 | ($170) | 9/10/2019 | (25) | $1.3000 | $3,250 | | |
| EXC 01/17/2020 Call $50.00 | 7/11/2019 | 3 | $2.0000 | ($600) | 9/10/2019 | (15) | $1.3000 | $1,950 | | |
| EXC 01/17/2020 Call $50.00 | 7/11/2019 | 3 | $2.0000 | ($600) | 9/10/2019 | (1) | $1.3000 | $130 | | |
| EXC 01/17/2020 Call $50.00 | 7/11/2019 | 1 | $1.9500 | ($195) | 9/10/2019 | (1) | $1.2500 | $125 | | |
| EXC 01/17/2020 Call $50.00 | 7/11/2019 | 4 | $1.9500 | ($780) | 9/11/2019 | (7) | $1.3800 | $966 | | |
| EXC 01/17/2020 Call $50.00 | 7/11/2019 | 1 | $1.9500 | ($195) | 9/11/2019 | (8) | $1.3800 | $1,104 | | |
| EXC 01/17/2020 Call $50.00 | 7/11/2019 | 1 | $1.9000 | ($190) | 9/11/2019 | (1) | $1.3500 | $135 | | |
| EXC 01/17/2020 Call $50.00 | 7/12/2019 | 3 | $1.8500 | ($555) | 9/11/2019 | (5) | $1.3000 | $650 | | |
| EXC 01/17/2020 Call $50.00 | 7/15/2019 | 5 | $1.8000 | ($900) | 9/11/2019 | (1) | $1.3000 | $130 | | |
| EXC 01/17/2020 Call $50.00 | 7/15/2019 | 2 | $1.7000 | ($340) | 9/11/2019 | (9) | $1.3000 | $1,170 | | |
| EXC 01/17/2020 Call $50.00 | 7/15/2019 | 3 | $1.7000 | ($510) | 9/11/2019 | (10) | $1.3000 | $1,300 | | |
| EXC 01/17/2020 Call $50.00 | 7/15/2019 | 1 | $1.7000 | ($170) | 9/11/2019 | (1) | $1.3000 | $130 | | |
| EXC 01/17/2020 Call $50.00 | 7/15/2019 | 1 | $1.7000 | ($170) | 9/20/2019 | (5) | $1.2000 | $600 | | |
| EXC 01/17/2020 Call $50.00 | 7/15/2019 | 1 | $1.7000 | ($170) | 9/24/2019 | (5) | $1.3500 | $675 | | |
| EXC 01/17/2020 Call $50.00 | 7/16/2019 | 2 | $1.6000 | ($320) | 9/24/2019 | (1) | $1.3500 | $135 | | |
| EXC 01/17/2020 Call $50.00 | 7/16/2019 | 5 | $1.5500 | ($775) | 9/26/2019 | (1) | $1.4500 | $145 | | |
| EXC 01/17/2020 Call $50.00 | 7/16/2019 | 10 | $1.5500 | ($1,550) | 9/26/2019 | (1) | $1.4500 | $145 | | |
| EXC 01/17/2020 Call $50.00 | 7/16/2019 | 5 | $1.5000 | ($750) | 9/26/2019 | (1) | $1.4500 | $145 | | |
| EXC 01/17/2020 Call $50.00 | 7/16/2019 | 3 | $1.5000 | ($450) | 9/26/2019 | (1) | $1.4500 | $145 | | |

**Exelon Corporation (EXC)**
**Class Period: February 9, 2019, and October 30, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares/Contracts Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| EXC 01/17/2020 Call $50.00 | 7/16/2019 | 1 | $1.5000 | ($150) | 9/26/2019 | (1) | $1.4700 | $147 | | |
| EXC 01/17/2020 Call $50.00 | 7/16/2019 | 1 | $1.4500 | ($145) | 9/26/2019 | (1) | $1.4600 | $146 | | |
| EXC 01/17/2020 Call $50.00 | 7/16/2019 | 2 | $1.4500 | ($290) | 9/26/2019 | (1) | $1.4500 | $145 | | |
| EXC 01/17/2020 Call $50.00 | 7/16/2019 | 1 | $1.4000 | ($140) | 9/26/2019 | (1) | $1.4500 | $145 | | |
| EXC 01/17/2020 Call $50.00 | 7/16/2019 | 1 | $1.4500 | ($145) | 9/26/2019 | (1) | $1.4500 | $145 | | |
| EXC 01/17/2020 Call $50.00 | 7/18/2019 | 6 | $1.5500 | ($930) | 9/26/2019 | (1) | $1.4000 | $140 | | |
| EXC 01/17/2020 Call $50.00 | 7/18/2019 | 2 | $1.6000 | ($320) | 9/26/2019 | (1) | $1.4000 | $140 | | |
| EXC 01/17/2020 Call $50.00 | 7/18/2019 | 3 | $1.6000 | ($480) | 1/17/2020 | (406) | Expired | $0 | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.5500 | ($155) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.5500 | ($155) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.5000 | ($150) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.5000 | ($150) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.5500 | ($155) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 2 | $1.5500 | ($310) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.5000 | ($150) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 2 | $1.5000 | ($300) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.4500 | ($145) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.4500 | ($145) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.4500 | ($145) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.4000 | ($140) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 2 | $1.4000 | ($280) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.3800 | ($138) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 3 | $1.3700 | ($411) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.4000 | ($140) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.2900 | ($129) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.3000 | ($130) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.3000 | ($130) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.3000 | ($130) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.3000 | ($130) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.3000 | ($130) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 2 | $1.3000 | ($260) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.2500 | ($125) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 2 | $1.2500 | ($250) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 3 | $1.2500 | ($375) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 2 | $1.2500 | ($250) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/19/2019 | 1 | $1.2500 | ($125) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/22/2019 | 2 | $1.1000 | ($220) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.9500 | ($95) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 25 | $0.9500 | ($2,375) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 2 | $0.9500 | ($190) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.9000 | ($90) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 19 | $0.8500 | ($1,615) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |

**Exelon Corporation (EXC)**
**Class Period: February 9, 2019, and October 30, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares/Contracts Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/23/2019 | 1 | $0.8000 | ($80) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 2 | $0.6000 | ($120) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 3 | $0.6000 | ($180) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 2 | $0.5500 | ($110) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.5500 | ($55) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.5500 | ($55) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 2 | $0.5500 | ($110) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/24/2019 | 1 | $0.5500 | ($55) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/26/2019 | 1 | $0.8000 | ($80) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/26/2019 | 4 | $0.8000 | ($320) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/26/2019 | 5 | $0.8000 | ($400) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/26/2019 | 1 | $0.8000 | ($80) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/29/2019 | 1 | $0.7000 | ($70) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/29/2019 | 1 | $0.7000 | ($70) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/29/2019 | 1 | $0.7000 | ($70) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/29/2019 | 1 | $0.7000 | ($70) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/29/2019 | 1 | $0.7000 | ($70) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/29/2019 | 1 | $0.7000 | ($70) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/29/2019 | 1 | $0.7000 | ($70) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/31/2019 | 1 | $0.6500 | ($65) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/31/2019 | 1 | $0.6500 | ($65) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/31/2019 | 1 | $0.6500 | ($65) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/31/2019 | 1 | $0.6500 | ($65) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/31/2019 | 1 | $0.6500 | ($65) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/31/2019 | 1 | $0.6500 | ($65) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 7/31/2019 | 1 | $0.6500 | ($65) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/1/2019 | 1 | $0.5000 | ($50) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/1/2019 | 1 | $0.4500 | ($45) | | | | | | |

**Exelon Corporation (EXC)**
**Class Period: February 9, 2019, and October 30, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares/Contracts Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| EXC 01/17/2020 Call $50.00 | 8/1/2019 | 1 | $0.4500 | ($45) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/1/2019 | 1 | $0.5000 | ($50) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/2/2019 | 1 | $0.6500 | ($65) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/2/2019 | 1 | $0.5500 | ($55) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/2/2019 | 1 | $0.5500 | ($55) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/2/2019 | 1 | $0.5500 | ($55) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/5/2019 | 1 | $0.5500 | ($55) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/8/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/9/2019 | 1 | $0.5500 | ($55) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/16/2019 | 1 | $0.5500 | ($55) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/16/2019 | 1 | $0.4500 | ($45) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/16/2019 | 2 | $0.5000 | ($100) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/16/2019 | 5 | $0.5000 | ($250) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/16/2019 | 1 | $0.5000 | ($50) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/21/2019 | 1 | $0.4400 | ($44) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 8/21/2019 | 1 | $0.4500 | ($45) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 9/16/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 9/16/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 9/16/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 9/16/2019 | 14 | $0.8500 | ($1,190) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 9/18/2019 | 1 | $1.0500 | ($105) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 9/19/2019 | 1 | $0.9500 | ($95) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 9/19/2019 | 4 | $1.0000 | ($400) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 9/23/2019 | 1 | $1.1000 | ($110) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/2/2019 | 1 | $0.9000 | ($90) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/2/2019 | 1 | $0.9000 | ($90) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/2/2019 | 1 | $0.9000 | ($90) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/2/2019 | 1 | $0.9000 | ($90) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/2/2019 | 1 | $0.9500 | ($95) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/3/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/3/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/3/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/3/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/3/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/3/2019 | 1 | $0.8500 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/3/2019 | 4 | $0.9000 | ($360) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/3/2019 | 1 | $0.8800 | ($88) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/3/2019 | 1 | $0.9000 | ($90) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/4/2019 | 1 | $1.0000 | ($100) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/4/2019 | 1 | $1.0000 | ($100) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/8/2019 | 1 | $1.0000 | ($100) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/8/2019 | 1 | $0.9500 | ($95) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/10/2019 | 2 | $0.8000 | ($160) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/10/2019 | 1 | $0.8000 | ($80) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/10/2019 | 1 | $0.8000 | ($80) | | | | | | |

**Exelon Corporation (EXC)**
**Class Period: February 9, 2019, and October 30, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares/Contracts Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| EXC 01/17/2020 Call $50.00 | 10/10/2019 | 5 | $0.8000 | ($400) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/10/2019 | 3 | $0.8000 | ($240) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/10/2019 | 5 | $0.8000 | ($400) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/10/2019 | 5 | $0.8000 | ($400) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/11/2019 | 1 | $0.8000 | ($80) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/14/2019 | 2 | $0.5800 | ($116) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/14/2019 | 5 | $0.5800 | ($290) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/14/2019 | 5 | $0.5800 | ($290) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/14/2019 | 1 | $0.5800 | ($58) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/14/2019 | 2 | $0.5800 | ($116) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/14/2019 | 3 | $0.5800 | ($174) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/14/2019 | 5 | $0.5900 | ($295) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/14/2019 | 2 | $0.5800 | ($116) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/14/2019 | 3 | $0.5800 | ($174) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/14/2019 | 1 | $0.5700 | ($57) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/15/2019 | 10 | $0.5000 | ($500) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/15/2019 | 5 | $0.5500 | ($275) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/15/2019 | 1 | $0.5500 | ($55) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/15/2019 | 1 | $0.5500 | ($55) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/15/2019 | 2 | $0.5800 | ($116) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/15/2019 | 2 | $0.5800 | ($116) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/15/2019 | 2 | $0.5800 | ($116) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/15/2019 | 4 | $0.5800 | ($232) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/15/2019 | 3 | $0.5800 | ($174) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/15/2019 | 3 | $0.5800 | ($174) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/16/2019 | 2 | $0.2800 | ($56) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/16/2019 | 50 | $0.3000 | ($1,500) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/16/2019 | 5 | $0.3100 | ($155) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/16/2019 | 5 | $0.3100 | ($155) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/16/2019 | 5 | $0.3100 | ($155) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/16/2019 | 5 | $0.3100 | ($155) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/16/2019 | 20 | $0.3000 | ($600) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/16/2019 | 5 | $0.3100 | ($155) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/16/2019 | 5 | $0.3100 | ($155) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/17/2019 | 1 | $0.1500 | ($15) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/17/2019 | 5 | $0.1500 | ($75) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/18/2019 | 1 | $0.2000 | ($20) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/18/2019 | 2 | $0.2000 | ($40) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/18/2019 | 1 | $0.2000 | ($20) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/18/2019 | 1 | $0.2000 | ($20) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/22/2019 | 1 | $0.2000 | ($20) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/22/2019 | 1 | $0.2000 | ($20) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/22/2019 | 1 | $0.2000 | ($20) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/22/2019 | 1 | $0.1700 | ($17) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/22/2019 | 5 | $0.1700 | ($85) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/22/2019 | 1 | $0.1700 | ($17) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/23/2019 | 1 | $0.2300 | ($23) | | | | | | |

**Exelon Corporation (EXC)**
**Class Period: February 9, 2019, and October 30, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares/Contracts Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| EXC 01/17/2020 Call $50.00 | 10/23/2019 | 1 | $0.2300 | ($23) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/23/2019 | 1 | $0.2100 | ($21) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/23/2019 | 1 | $0.2000 | ($20) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/23/2019 | 1 | $0.2000 | ($20) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/24/2019 | 1 | $0.2400 | ($24) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/24/2019 | 4 | $0.2200 | ($88) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/24/2019 | 1 | $0.2500 | ($25) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/29/2019 | 1 | $0.1800 | ($18) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/29/2019 | 3 | $0.1800 | ($54) | | | | | | |
| EXC 01/17/2020 Call $50.00 | 10/30/2019 | 1 | $0.2700 | ($27) | | | | | | |
| **EXC 01/17/2020 Call $50.00** | | **551** | | **($47,101)** | | **(551)** | | **$20,273** | **406** | **($26,828)** |
| | | | | | | | | | | |
| EXC 04/17/2020 Call $50.00 | 10/18/2019 | 1 | $0.5000 | ($50) | 10/24/2019 | (1) | $0.7000 | $70 | | |
| EXC 04/17/2020 Call $50.00 | 10/18/2019 | 1 | $0.5000 | ($50) | 10/24/2019 | (1) | $0.7000 | $70 | | |
| **EXC 04/17/2020 Call $50.00** | | **2** | | **($100)** | | **(2)** | | **$140** | **0** | **$40** |
| | | | | | | | | | | |
| EXC 01/15/2021 Call $55.00 | 9/12/2019 | 1 | $1.2500 | ($125) | | | | | | |
| EXC 01/15/2021 Call $55.00 | 9/16/2019 | 1 | $1.0000 | ($100) | | | | | | |
| EXC 01/15/2021 Call $55.00 | 9/16/2019 | 2 | $1.0000 | ($200) | | | | | | |
| EXC 01/15/2021 Call $55.00 | 9/16/2019 | 1 | $1.0000 | ($100) | | | | | | |
| EXC 01/15/2021 Call $55.00 | 9/16/2019 | 1 | $1.0000 | ($100) | | | | | | |
| EXC 01/15/2021 Call $55.00 | 9/16/2019 | 1 | $1.0000 | ($100) | | | | | | |
| EXC 01/15/2021 Call $55.00 | 9/16/2019 | 3 | $1.0000 | ($300) | | | | | | |
| EXC 01/15/2021 Call $55.00 | 9/17/2019 | 5 | $1.0000 | ($500) | | | | | | |
| EXC 01/15/2021 Call $55.00 | 10/7/2019 | 1 | $1.2500 | ($125) | | | | | | |
| EXC 01/15/2021 Call $55.00 | 10/17/2019 | 1 | $0.6000 | ($60) | | | | | | |
| EXC 01/15/2021 Call $55.00 | 10/17/2019 | 1 | $0.6000 | ($60) | | | | | | |
| **EXC 01/15/2021 Call $55.00** | | **18** | | **($1,770)** | | **0** | | **$0** | **18** | **($1,770)** |
| | | | | | | | | | | |
| <u>Summary</u> | | | | | | | | | | |
| Flynn, Joshua | Common Stock | 3 | | ($144) | | (3) | | $143 | 0 | ($1) |
| Flynn, Joshua | Option | 611 | | ($54,863) | | (593) | | $25,413 | 424 | ($29,450) |
| **Flynn, Joshua** | **Total** | | | **($54,863)** | | | | **$25,413** | | **($29,451)** |