# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, Joshua Flynn, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Exelon Corporation ("Exelon" or the "Company"), and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire Exelon securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Exelon securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Exelon securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed ___1/31/2020___
            **(Date)**

_____
    **(Signature)**

___Joshua Flynn___
   **(Type or Print Name)**

**Exelon Corporation (EXC)**                                         **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| Common Stock | | | |
| 5/16/2019 | Purchase | 1 | $49.1300 |
| 7/22/2019 | Purchase | 2 | $47.3600 |
| 5/22/2019 | Sales | (1) | $49.2300 |
| 7/23/2019 | Sales | (2) | $46.8700 |
| | | | |
| EXC 07/19/2019 Call $50.00 | | | |
| 5/16/2019 | Purchase | 1 | $0.8000 |
| 5/16/2019 | Purchase | 1 | $0.9000 |
| 5/20/2019 | Purchase | 1 | $0.7500 |
| 5/22/2019 | Sales | (1) | $0.8500 |
| 5/22/2019 | Sales | (1) | $0.8500 |
| 5/22/2019 | Sales | (1) | $0.8500 |
| | | | |
| EXC 07/19/2019 Call $55.00 | | | |
| 5/17/2019 | Purchase | 1 | $0.0500 |
| 5/17/2019 | Purchase | 1 | $0.0500 |
| 7/19/2019 | Sales | (2) | Expired |
| | | | |
| EXC 08/16/2019 Call $50.00 | | | |
| 6/25/2019 | Purchase | 1 | $0.9500 |
| 6/25/2019 | Purchase | 1 | $1.0000 |
| 6/25/2019 | Purchase | 1 | $1.0000 |
| 7/3/2019 | Sales | (3) | $0.6500 |
| | | | |
| EXC 10/18/2019 Call $48.00 | | | |
| 6/4/2019 | Purchase | 1 | $2.0500 |
| 6/5/2019 | Sales | (1) | $2.7500 |
| | | | |
| EXC 10/18/2019 Call $50.00 | | | |
| 6/18/2019 | Purchase | 1 | $1.8500 |
| 6/25/2019 | Purchase | 1 | $1.4500 |
| 6/25/2019 | Purchase | 1 | $1.4700 |
| 6/25/2019 | Purchase | 1 | $1.5000 |
| 6/25/2019 | Purchase | 1 | $1.5500 |
| 6/25/2019 | Purchase | 1 | $1.5500 |
| 6/25/2019 | Purchase | 1 | $1.6000 |
| 6/25/2019 | Purchase | 1 | $1.6500 |
| 6/26/2019 | Purchase | 5 | $1.1000 |
| 6/26/2019 | Purchase | 2 | $1.3000 |
| 6/20/2019 | Sales | (1) | $2.1000 |

**Exelon Corporation (EXC)**                                          **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 7/3/2019 | Sales | (10) | $1.2000 |
| 7/3/2019 | Sales | (1) | $1.2500 |
| 7/3/2019 | Sales | (2) | $1.2500 |
| 7/3/2019 | Sales | (1) | $1.2500 |
| **EXC 01/17/2020 Call $47.00** | | | |
| 7/24/2019 | Purchase | 3 | $1.5000 |
| 7/24/2019 | Sales | (3) | $1.3500 |
| **EXC 01/17/2020 Call $49.00** | | | |
| 6/25/2019 | Purchase | 1 | $2.6500 |
| 6/26/2019 | Purchase | 1 | $2.3500 |
| 6/26/2019 | Purchase | 1 | $2.5000 |
| 6/27/2019 | Purchase | 1 | $1.9000 |
| 6/27/2019 | Purchase | 2 | $1.9000 |
| 7/1/2019 | Purchase | 4 | $1.8500 |
| 7/19/2019 | Purchase | 2 | $1.9500 |
| 7/19/2019 | Purchase | 1 | $1.6500 |
| 7/9/2019 | Sales | (1) | $2.3000 |
| 7/9/2019 | Sales | (2) | $2.3000 |
| 7/9/2019 | Sales | (1) | $2.3500 |
| 7/23/2019 | Sales | (1) | $1.1500 |
| 7/23/2019 | Sales | (8) | $1.1500 |
| **EXC 01/17/2020 Call $50.00** | | | |
| 5/30/2019 | Purchase | 1 | $1.8500 |
| 6/25/2019 | Purchase | 1 | $2.1400 |
| 6/25/2019 | Purchase | 1 | $2.2000 |
| 6/25/2019 | Purchase | 1 | $2.3000 |
| 6/25/2019 | Purchase | 1 | $2.4000 |
| 6/26/2019 | Purchase | 2 | $1.7000 |
| 6/26/2019 | Purchase | 1 | $1.7500 |
| 6/26/2019 | Purchase | 1 | $1.7500 |
| 6/26/2019 | Purchase | 2 | $2.0000 |
| 6/28/2019 | Purchase | 1 | $1.5500 |
| 7/5/2019 | Purchase | 2 | $1.8500 |
| 7/8/2019 | Purchase | 3 | $1.8500 |
| 7/8/2019 | Purchase | 4 | $1.8500 |
| 7/8/2019 | Purchase | 3 | $1.8000 |
| 7/8/2019 | Purchase | 2 | $1.8000 |
| 7/8/2019 | Purchase | 1 | $1.7500 |
| 7/9/2019 | Purchase | 4 | $1.7500 |
| 7/9/2019 | Purchase | 3 | $1.7000 |
| 7/9/2019 | Purchase | 1 | $1.7000 |
| 7/9/2019 | Purchase | 1 | $1.7000 |

**Exelon Corporation (EXC)**                                    **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 7/11/2019 | Purchase | 3 | $2.0000 |
| 7/11/2019 | Purchase | 3 | $2.0000 |
| 7/11/2019 | Purchase | 1 | $1.9500 |
| 7/11/2019 | Purchase | 4 | $1.9500 |
| 7/11/2019 | Purchase | 1 | $1.9500 |
| 7/11/2019 | Purchase | 1 | $1.9000 |
| 7/12/2019 | Purchase | 3 | $1.8500 |
| 7/15/2019 | Purchase | 5 | $1.8000 |
| 7/15/2019 | Purchase | 2 | $1.7000 |
| 7/15/2019 | Purchase | 3 | $1.7000 |
| 7/15/2019 | Purchase | 1 | $1.7000 |
| 7/15/2019 | Purchase | 1 | $1.7000 |
| 7/15/2019 | Purchase | 1 | $1.7000 |
| 7/16/2019 | Purchase | 2 | $1.6000 |
| 7/16/2019 | Purchase | 5 | $1.5500 |
| 7/16/2019 | Purchase | 10 | $1.5500 |
| 7/16/2019 | Purchase | 5 | $1.5000 |
| 7/16/2019 | Purchase | 3 | $1.5000 |
| 7/16/2019 | Purchase | 1 | $1.5000 |
| 7/16/2019 | Purchase | 1 | $1.4500 |
| 7/16/2019 | Purchase | 2 | $1.4500 |
| 7/16/2019 | Purchase | 1 | $1.4000 |
| 7/16/2019 | Purchase | 1 | $1.4500 |
| 7/18/2019 | Purchase | 6 | $1.5500 |
| 7/18/2019 | Purchase | 2 | $1.6000 |
| 7/18/2019 | Purchase | 3 | $1.6000 |
| 7/19/2019 | Purchase | 1 | $1.5500 |
| 7/19/2019 | Purchase | 1 | $1.5500 |
| 7/19/2019 | Purchase | 1 | $1.5000 |
| 7/19/2019 | Purchase | 1 | $1.5000 |
| 7/19/2019 | Purchase | 1 | $1.5500 |
| 7/19/2019 | Purchase | 2 | $1.5500 |
| 7/19/2019 | Purchase | 1 | $1.5000 |
| 7/19/2019 | Purchase | 2 | $1.5000 |
| 7/19/2019 | Purchase | 1 | $1.4500 |
| 7/19/2019 | Purchase | 1 | $1.4500 |
| 7/19/2019 | Purchase | 1 | $1.4500 |
| 7/19/2019 | Purchase | 1 | $1.4000 |
| 7/19/2019 | Purchase | 2 | $1.4000 |
| 7/19/2019 | Purchase | 1 | $1.3800 |
| 7/19/2019 | Purchase | 3 | $1.3700 |
| 7/19/2019 | Purchase | 1 | $1.4000 |
| 7/19/2019 | Purchase | 1 | $1.2900 |
| 7/19/2019 | Purchase | 1 | $1.3000 |
| 7/19/2019 | Purchase | 1 | $1.3000 |

**Exelon Corporation (EXC)**                                                          **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 7/19/2019 | Purchase | 1 | $1.3000 |
| 7/19/2019 | Purchase | 1 | $1.3000 |
| 7/19/2019 | Purchase | 1 | $1.3000 |
| 7/19/2019 | Purchase | 2 | $1.3000 |
| 7/19/2019 | Purchase | 1 | $1.2500 |
| 7/19/2019 | Purchase | 2 | $1.2500 |
| 7/19/2019 | Purchase | 3 | $1.2500 |
| 7/19/2019 | Purchase | 2 | $1.2500 |
| 7/19/2019 | Purchase | 1 | $1.2500 |
| 7/22/2019 | Purchase | 2 | $1.1000 |
| 7/23/2019 | Purchase | 1 | $0.9500 |
| 7/23/2019 | Purchase | 25 | $0.9500 |
| 7/23/2019 | Purchase | 2 | $0.9500 |
| 7/23/2019 | Purchase | 1 | $0.9000 |
| 7/23/2019 | Purchase | 19 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8500 |
| 7/23/2019 | Purchase | 1 | $0.8000 |
| 7/24/2019 | Purchase | 2 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 3 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 1 | $0.6000 |
| 7/24/2019 | Purchase | 2 | $0.5500 |
| 7/24/2019 | Purchase | 1 | $0.5500 |
| 7/24/2019 | Purchase | 1 | $0.5500 |

**Exelon Corporation (EXC)**                                                    **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 7/24/2019 | Purchase | 2 | $0.5500 |
| 7/24/2019 | Purchase | 1 | $0.5500 |
| 7/26/2019 | Purchase | 1 | $0.8000 |
| 7/26/2019 | Purchase | 4 | $0.8000 |
| 7/26/2019 | Purchase | 5 | $0.8000 |
| 7/26/2019 | Purchase | 1 | $0.8000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/29/2019 | Purchase | 1 | $0.7000 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 7/31/2019 | Purchase | 1 | $0.6500 |
| 8/1/2019 | Purchase | 1 | $0.5000 |
| 8/1/2019 | Purchase | 1 | $0.4500 |
| 8/1/2019 | Purchase | 1 | $0.4500 |
| 8/1/2019 | Purchase | 1 | $0.5000 |
| 8/2/2019 | Purchase | 1 | $0.6500 |
| 8/2/2019 | Purchase | 1 | $0.5500 |
| 8/2/2019 | Purchase | 1 | $0.5500 |
| 8/2/2019 | Purchase | 1 | $0.5500 |
| 8/2/2019 | Purchase | 1 | $0.5500 |
| 8/5/2019 | Purchase | 1 | $0.5500 |
| 8/8/2019 | Purchase | 1 | $0.6000 |
| 8/9/2019 | Purchase | 1 | $0.5500 |
| 8/16/2019 | Purchase | 1 | $0.5500 |
| 8/16/2019 | Purchase | 1 | $0.4500 |
| 8/16/2019 | Purchase | 2 | $0.5000 |
| 8/16/2019 | Purchase | 5 | $0.5000 |
| 8/16/2019 | Purchase | 1 | $0.5000 |
| 8/21/2019 | Purchase | 1 | $0.4400 |
| 8/21/2019 | Purchase | 1 | $0.4500 |
| 9/16/2019 | Purchase | 1 | $0.8500 |
| 9/16/2019 | Purchase | 1 | $0.8500 |
| 9/16/2019 | Purchase | 1 | $0.8500 |
| 9/16/2019 | Purchase | 14 | $0.8500 |
| 9/18/2019 | Purchase | 1 | $1.0500 |
| 9/19/2019 | Purchase | 1 | $0.9500 |

**Exelon Corporation (EXC)**                                        **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 9/19/2019 | Purchase | 4 | $1.0000 |
| 9/23/2019 | Purchase | 1 | $1.1000 |
| 10/2/2019 | Purchase | 1 | $0.9000 |
| 10/2/2019 | Purchase | 1 | $0.9000 |
| 10/2/2019 | Purchase | 1 | $0.9000 |
| 10/2/2019 | Purchase | 1 | $0.9000 |
| 10/2/2019 | Purchase | 1 | $0.9500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 1 | $0.8500 |
| 10/3/2019 | Purchase | 4 | $0.9000 |
| 10/3/2019 | Purchase | 1 | $0.8800 |
| 10/3/2019 | Purchase | 1 | $0.9000 |
| 10/4/2019 | Purchase | 1 | $1.0000 |
| 10/4/2019 | Purchase | 1 | $1.0000 |
| 10/8/2019 | Purchase | 1 | $1.0000 |
| 10/8/2019 | Purchase | 1 | $0.9500 |
| 10/10/2019 | Purchase | 2 | $0.8000 |
| 10/10/2019 | Purchase | 1 | $0.8000 |
| 10/10/2019 | Purchase | 1 | $0.8000 |
| 10/10/2019 | Purchase | 5 | $0.8000 |
| 10/10/2019 | Purchase | 3 | $0.8000 |
| 10/10/2019 | Purchase | 5 | $0.8000 |
| 10/10/2019 | Purchase | 5 | $0.8000 |
| 10/11/2019 | Purchase | 1 | $0.8000 |
| 10/14/2019 | Purchase | 2 | $0.5800 |
| 10/14/2019 | Purchase | 5 | $0.5800 |
| 10/14/2019 | Purchase | 5 | $0.5800 |
| 10/14/2019 | Purchase | 1 | $0.5800 |
| 10/14/2019 | Purchase | 2 | $0.5800 |
| 10/14/2019 | Purchase | 3 | $0.5800 |
| 10/14/2019 | Purchase | 5 | $0.5900 |
| 10/14/2019 | Purchase | 2 | $0.5800 |
| 10/14/2019 | Purchase | 3 | $0.5800 |
| 10/14/2019 | Purchase | 1 | $0.5700 |
| 10/15/2019 | Purchase | 10 | $0.5000 |
| 10/15/2019 | Purchase | 5 | $0.5500 |
| 10/15/2019 | Purchase | 1 | $0.5500 |
| 10/15/2019 | Purchase | 1 | $0.5500 |
| 10/15/2019 | Purchase | 2 | $0.5800 |
| 10/15/2019 | Purchase | 2 | $0.5800 |

**Exelon Corporation (EXC)**                                    **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 10/15/2019 | Purchase | 2 | $0.5800 |
| 10/15/2019 | Purchase | 4 | $0.5800 |
| 10/15/2019 | Purchase | 3 | $0.5800 |
| 10/15/2019 | Purchase | 3 | $0.5800 |
| 10/16/2019 | Purchase | 2 | $0.2800 |
| 10/16/2019 | Purchase | 50 | $0.3000 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/16/2019 | Purchase | 20 | $0.3000 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/16/2019 | Purchase | 5 | $0.3100 |
| 10/17/2019 | Purchase | 1 | $0.1500 |
| 10/17/2019 | Purchase | 5 | $0.1500 |
| 10/18/2019 | Purchase | 1 | $0.2000 |
| 10/18/2019 | Purchase | 2 | $0.2000 |
| 10/18/2019 | Purchase | 1 | $0.2000 |
| 10/18/2019 | Purchase | 1 | $0.2000 |
| 10/22/2019 | Purchase | 1 | $0.2000 |
| 10/22/2019 | Purchase | 1 | $0.2000 |
| 10/22/2019 | Purchase | 1 | $0.2000 |
| 10/22/2019 | Purchase | 1 | $0.1700 |
| 10/22/2019 | Purchase | 5 | $0.1700 |
| 10/22/2019 | Purchase | 1 | $0.1700 |
| 10/23/2019 | Purchase | 1 | $0.2300 |
| 10/23/2019 | Purchase | 1 | $0.2300 |
| 10/23/2019 | Purchase | 1 | $0.2100 |
| 10/23/2019 | Purchase | 1 | $0.2000 |
| 10/23/2019 | Purchase | 1 | $0.2000 |
| 10/24/2019 | Purchase | 1 | $0.2400 |
| 10/24/2019 | Purchase | 4 | $0.2200 |
| 10/24/2019 | Purchase | 1 | $0.2500 |
| 10/29/2019 | Purchase | 1 | $0.1800 |
| 10/29/2019 | Purchase | 3 | $0.1800 |
| 10/30/2019 | Purchase | 1 | $0.2700 |
| 6/3/2019 | Sales | (1) | $1.8000 |
| 7/9/2019 | Sales | (1) | $1.85 |
| 7/9/2019 | Sales | (1) | $1.85 |
| 7/9/2019 | Sales | (1) | $1.85 |
| 7/9/2019 | Sales | (1) | $1.85 |
| 7/10/2019 | Sales | (1) | $2.20 |
| 7/10/2019 | Sales | (1) | $2.20 |
| 7/10/2019 | Sales | (9) | $2.20 |
| 7/10/2019 | Sales | (1) | $2.25 |

**Exelon Corporation (EXC)**                                      **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 7/17/2019 | Sales | (9) | $1.65 |
| 7/17/2019 | Sales | (1) | $1.65 |
| 7/25/2019 | Sales | (5) | $0.80 |
| 7/25/2019 | Sales | (1) | $0.85 |
| 7/25/2019 | Sales | (1) | $0.85 |
| 7/25/2019 | Sales | (1) | $0.85 |
| 7/25/2019 | Sales | (1) | $0.85 |
| 7/25/2019 | Sales | (1) | $0.85 |
| 8/27/2019 | Sales | (1) | $0.80 |
| 9/3/2019 | Sales | (1) | $1.15 |
| 9/10/2019 | Sales | (25) | $1.30 |
| 9/10/2019 | Sales | (15) | $1.30 |
| 9/10/2019 | Sales | (1) | $1.30 |
| 9/10/2019 | Sales | (1) | $1.25 |
| 9/11/2019 | Sales | (7) | $1.38 |
| 9/11/2019 | Sales | (8) | $1.38 |
| 9/11/2019 | Sales | (1) | $1.35 |
| 9/11/2019 | Sales | (5) | $1.30 |
| 9/11/2019 | Sales | (1) | $1.30 |
| 9/11/2019 | Sales | (9) | $1.30 |
| 9/11/2019 | Sales | (10) | $1.30 |
| 9/11/2019 | Sales | (1) | $1.30 |
| 9/20/2019 | Sales | (5) | $1.20 |
| 9/24/2019 | Sales | (5) | $1.35 |
| 9/24/2019 | Sales | (1) | $1.35 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.47 |
| 9/26/2019 | Sales | (1) | $1.46 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.45 |
| 9/26/2019 | Sales | (1) | $1.40 |
| 9/26/2019 | Sales | (1) | $1.40 |

EXC 04/17/2020 Call $50.00

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 10/18/2019 | Purchase | 1 | $0.5000 |
| 10/18/2019 | Purchase | 1 | $0.5000 |
| 10/24/2019 | Sales | (1) | $0.70 |
| 10/24/2019 | Sales | (1) | $0.70 |

EXC 01/15/2021 Call $55.00

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 9/12/2019 | Purchase | 1 | $1.2500 |

**Exelon Corporation (EXC)**                                    **Flynn, Joshua**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 9/16/2019 | Purchase | 1 | $1.0000 |
| 9/16/2019 | Purchase | 2 | $1.0000 |
| 9/16/2019 | Purchase | 1 | $1.0000 |
| 9/16/2019 | Purchase | 1 | $1.0000 |
| 9/16/2019 | Purchase | 1 | $1.0000 |
| 9/16/2019 | Purchase | 3 | $1.0000 |
| 9/17/2019 | Purchase | 5 | $1.0000 |
| 10/7/2019 | Purchase | 1 | $1.2500 |
| 10/17/2019 | Purchase | 1 | $0.6000 |
| 10/17/2019 | Purchase | 1 | $0.6000 |