**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXELON CORPORATION, et al.,<br><br>Defendants. | Case No. 1:19-cv-08209<br><br>Hon. Virginia M. Kendall |

**DECLARATION OF STEFAN ATKINSON IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Stefan Atkinson, declare the following:

1. I am a partner at the law firm of Kirkland & Ellis LLP, attorneys of record for Defendants Exelon Corporation ("Exelon"), Commonwealth Edison Company ("ComEd"), Christopher Crane, William Von Hoene, and Joseph Dominguez (collectively, the "Exelon and ComEd Defendants"). I am a member in good standing of the Bar of New York. This Court granted my application to appear *pro hac vice* in this action on February 19, 2020. *See* Minute Entry, Doc. No. 39.

2. I submit this declaration in support of the Exelon and ComEd Defendants' Motion to Dismiss Lead Plaintiff's Complaint for Violations of the Federal Securities Laws.

3. Attached as Exhibit 1 is a true and correct copy of the Form 10-K of Exelon, ComEd and other affiliates, for the fiscal year ended December 31, 2018.

4. Attached as Exhibit 2 is a true and correct copy of Exelon's Political Contributions Report for January 1, 2018, to June 30, 2018.

5. Attached as Exhibit 3 is a true and correct copy of the First Quarter 2019 Quarterly Report Form 10-Q of Exelon, ComEd and other affiliates, dated May 2, 2019.

6. Attached as Exhibit 4 is a true and correct copy of Exelon's Political Contributions Report for July 1, 2018, to December 31, 2018.

7. Attached as Exhibit 5 is a true and correct copy of the Second Quarter 2019 Quarterly Report Form 10-Q of Exelon, ComEd and other affiliates, dated August 1, 2019.

8. Attached as Exhibit 6 is a true and correct copy of the Third Quarter 2019 Quarterly Report Form 10-Q of Exelon, ComEd and other affiliates, dated October 31, 2019.

9. Attached as Exhibit 7 is a true and correct copy of the Exelon Corporation Code of Business Conduct, revised effective March 23, 2016.

10. Attached as Exhibit 8 is a true and correct copy of the the Form 8-K of Exelon and ComEd, dated July 12, 2019.

11. Attached as Exhibit 9 is a true and correct copy of the Exelon Press Release, "ComEd Reaches Agreement to Resolve Justice Department Investigation," dated July 17, 2020, available at https://www.exeloncorp.com/newsroom/comed-reaches-agreement-to-resolve-justice-department-investigation.

12. Attached as Exhibit 10 is the Deferred Prosecution Agreement, filed in the case titled *United States of America v. Commonwealth Edison Co.*, 20-cr-368 (N.D. Ill.), Doc. No. 3.

2

13.     Attached as Exhibit 11 is a true and correct copy of the Exelon Corporate Political Contributions Guidelines, effective July 25, 2016.

14.     Attached as Exhibit 12 is a true and correct copy of Exelon's Notice of Annual Meeting and 2019 Proxy Statement, dated March 20, 2019.

15.     I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. 1746).

Executed: November 18, 2020

_____
Stefan Atkinson, P.C.