# APPENDIX A

**Appendix A: Bases for Dismissal with Respect to Each Allegedly False or Misleading Statement**

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| | | | | *Statements About Lobbying Activity and Related Risk Factors* | | | | |
| 1 | ¶ 102 | "*As you can imagine, we work within the coalitions within the state on what's needed to continue to advance the environmental stakeholders, the customers in sound investment.  So we have our folks communicating in those coalitions and communicating with the legislative folks*. Premature to say what it looks like at the end of the day. But they're at the beginning of the sausage-making right now.  And we'll continue to have productive conversations."  (Crane) | 2018 Q4 Earnings Call | Exelon, Crane *Plaintiff alleges*: Exelon, ComEd, Crane | Legislation affecting Illinois subsidiaries generally | ✓ | ✓ | ✓ |
| 2 | ¶ 104(a) | "Generation's Dresden, Byron, and Braidwood nuclear plants in Illinois are also showing increased signs of economic distress, which could lead to an early retirement, in a market that does not currently compensate them for their unique contribution . . . . *Exelon continues to work with stakeholders on state policy solutions*, while also advocating for broader market reforms at the regional and federal level [('State Policy Solutions Statement')]." | 2018 10-K (Ex. 1, p. 319) | Exelon, Crane *Plaintiff alleges*: Exelon, ComEd, Crane, Dominguez | ExGen plants | ✓ | ✓ | ✓ |

---

[1] Emphasis in Complaint.

[2] The Exelon and ComEd Defendants take no position on which statements defendant Anne Pramaggiore allegedly made and do not address Plaintiff's allegations to the extent they concern her.

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|-----|-------------|--------------|---------------------|------------------------|-----------------|---------------------|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| 3 | ¶ 104(e) | "*The Registrants [including Exelon and ComEd] have large consumer customer bases and as a result could be the subject of public criticism focused on the operability of their assets and infrastructure and quality of their service. Adverse publicity of this nature could render legislatures and other governing bodies*, public service commissions and other regulatory authorities, *and government officials less likely to view energy companies such as Exelon and its subsidiaries in a favorable light, and could cause Exelon and its subsidiaries to be susceptible to less favorable legislative* and regulatory *outcomes, as well as increased regulatory oversight and more stringent legislative or regulatory requirements* (e.g. disallowances of costs, lower ROEs). The imposition of any of the foregoing could have a material negative impact on the Registrants' business or consolidated financial statements [('Operability Risk Statement')]." | 2018 10-K (Ex. 1, p. 43) | Exelon, ComEd, Crane, Dominguez<br><br>*Plaintiff agrees* | Exelon and all subsidiaries generally | ✓ | ✓ | ✓ |

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| 4 | ¶ 111(a) | "In Illinois, *legislation was introduced that would require the Illinois Power Authority to procure clean capacity for ComEd customers using the fixed resource requirement* mechanism that is currently in the PJM tariff. In addition to supporting of course truly clean energy future, in Illinois the legislation would also ensure that consumers pay less than they do today. *The concept of the FRR has a wide support and has been endorsed by the Illinois hub – the Clean Jobs Coalition and organized labor. Another piece of legislation has been introduced into Illinois to extend the formula rate* – ComEd's formula rate provides tangible benefits to the consumers as well as certainty we need to make investments and improve reliability and resiliency in customer service while keeping the bills affordable. . . . It's a busy legislative season as Governor Pritzker and the General Assembly tackle Illinois' significant budget problems. However, *we are optimistic these 2 priorities can get done this year*." (Crane) | 2019 Q1 Earnings Call | Exelon, Crane  *Plaintiff alleges*: Exelon, ComEd, Crane | Legislation affecting ComEd and ExGen | ✓ | ✓ | ✓ |
| 5 | ¶ 111(b) | "Our bill for the FRR, there's one that's a path to 100, and then there is one that's the clean jobs coalition. *So we're in the process right now of negotiating with the all the bills so we can come together and provide the legislature with a coalition that agrees on many things right now*. Just working through the details. We hope to be done. *Meetings are constant. I've met with the leadership of both the House and Senate, talking about what we need to do and them showing their support for us going forward. So we're just going to keep working on it as we always do*. | 2019 Q1 Earnings Call | Exelon, Crane  *Plaintiff alleges*: Exelon, ComEd, Crane | Legislation affecting ComEd and ExGen | ✓ | ✓ | ✓ |

3

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| | | If it's not done in the regular session because of the other priorities, we will have it positioned to move through during the veto session. That's the Generation bill. The other bill in Illinois that will affect Exelon is *the extension of the ComEd formula rate for 10 years. That bill is proceeding. We've been able to work with stakeholders to gain support and recognition*." (Crane) | | | | | | |
| 6 | ¶ 111(c) | "*We're working with the coalitions as hard as we can to have something presentable to the – that the legislature supports to move in the Spring*. But what I've cautioned in our roadshows and on the calls previously, there is a very aggressive legislative agenda in Illinois this Spring. . . . *We need to be ready to be able to tell our story, communicate and have that coalition that we're building, endorsing where we're heading*. But we need to be realistic. We do think if it doesn't happen in the Spring, we'll be ready to move it in the veto session in the fall." (Crane) | 2019 Q1 Earnings Call | Exelon, Crane  *Plaintiff alleges*: Exelon, ComEd, Crane | Legislation affecting ComEd and ExGen | ✓ | ✓ | ✓ |
| 7 | ¶ 112(a) | "On March 14, 2019, the Clean Energy Progress Act was introduced in the Illinois General Assembly to preserve Illinois' clean energy choices arising from FEJA and empower the IPA to conduct capacity procurements outside of PJM's base residual auction process . . . . *Exelon and Generation are working with legislators and stakeholders* and cannot predict the outcome or the potential financial impact, if any, on Exelon or Generation [('CEPA Lobbying Statement')]." | 1Q19 10-Q (Ex. 3, p. 146) | Exelon, Crane  *Plaintiff alleges*: Exelon, ComEd, Crane, Dominguez | Exelon, ExGen | ✓ | ✓ | ✓ |

4

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| 8 | ¶ 112(b) | "Generation's Dresden, Byron, and Braidwood nuclear plants in Illinois are also showing increased signs of economic distress, which could lead to an early retirement, in a market that does not currently compensate them for their unique contribution . . . . *Exelon continues to work with stakeholders on state policy solutions*, while also advocating for broader market reforms at the regional and federal level [('State Policy Solutions Statement')]." | 1Q19 10-Q (Ex. 3, p. 75) | Exelon, Crane  *Plaintiff alleges*: Exelon, ComEd, Crane, Dominguez | ExGen plants | ✓ | ✓ | ✓ |
| 9 | ¶ 112(c) | Incorporated the *Operability Risk Statement* set forth above in ¶ 104(e), saying "*the Registrants' risk factors were consistent with the risk factors described in the Registrants' combined 2018 Form 10-K in ITEM 1A. RISK FACTORS*." | 1Q19 10-Q (Ex. 3, p. 188) | Exelon, ComEd, Crane, Dominguez  *Plaintiff agrees* | Exelon and all subsidiaries generally | ✓ | ✓ | ✓ |
| 10 | ¶ 118(b) | "*As you can imagine, we have a significant communications drive with the legislative and the administration on the situation and we are prepared to present them with a coalition*, I'll let Kathleen [Barron] describe who she's working with . . . ."  (Crane) | 2019 2Q Earnings Call | Exelon, Crane  *Plaintiff alleges*: Exelon, ComEd, Crane | Legislation affecting Illinois subsidiaries generally | ✓ | ✓ | ✓ |
| 11 | ¶ 118(c) | "*The activity that has started and continued for a number of months on advancing the clean energy legislation among the coalition . . . .  We're meeting regularly, we're doing the stakeholder outreach, we're trying to craft a* | 2019 2Q Earnings Call | Exelon, Von Hoene | Legislation affecting Illinois | ✓ | ✓ | ✓ |

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| | | *package and educate members of legislature and the tendency of the grand jury and subpoenas [sic] had no impact on the level of activity or the intensity of the activity in that regard*." (Von Hoene) | | *Plaintiff agrees* | subsidiaries generally | | | |
| 12 | ¶ 118(d) | "[T]he expiration date is the end December of 2020. The city needs to give us, in its indication by the end of the year, as to whether they want to maintain status quo, renegotiate or terminate the franchise agreement. So we'll know by the end of the year. But we're in discussions with them. *We started to have discussions around that. We understand what their priorities are and they are, I think, priorities are very much aligned with ours*. They want to see more clean energy in the city of Chicago and they are concerned about vulnerable population in particular in terms of pricing, and those are all – *those are both strong strategic elements of our focus going forward at all our utilities*. But that's the status right now." (Pramaggiore) | 2019 2Q Earnings Call | Exelon *Plaintiff alleges: Exelon, ComEd* | ComEd | ✓ | | ✓ |
| 13 | ¶ 119(b) | Incorporated the *Operability Risk Statement* set forth in ¶104(e), saying "*the Registrants' risk factors were consistent with the risk factors described in the Registrants' combined 2018 Form 10-K in ITEM 1A. RISK FACTORS*." | 2Q19 10-Q (Ex. 5, p. 190) | Exelon, ComEd, Crane, Dominguez *Plaintiff agrees* | Exelon and all subsidiaries generally | ✓ | ✓ | ✓ |

6

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| 14 | ¶ 119(e) | "Generation's Dresden, Byron, and Braidwood nuclear plants in Illinois are also showing increased signs of economic distress, which could lead to an early retirement, in a market that does not currently compensate them for their unique contribution . . . . **Exelon continues to work with stakeholders on state policy solutions**, while also advocating for broader market reforms at the regional and federal level [('State Policy Solutions Statement')]." | 2Q19 10-Q (Ex. 5, p. 75) | Exelon, Crane *Plaintiff alleges*: Exelon, ComEd, Crane, Dominguez | ExGen plants | ✓ | ✓ | ✓ |
| 15 | ¶ 119(f) | "The 1Q19 Form 10-Q described Exelon's purportedly legitimate lobbying efforts to secure passage of CEPA, stating: 'On March 14, 2019, the Clean Energy Progress Act was introduced in the Illinois General Assembly to preserve Illinois' clean energy choices arising from FEJA and empower the IPA to conduct capacity procurements outside of PJM's base residual auction process . . . . **Exelon and Generation are working with legislators and stakeholders** and cannot predict the outcome or the potential financial impact, if any, on Exelon or Generation [("CEPA Lobbying Statement")].'" | 2Q19 10-Q (Ex. 5, p. 145) | Exelon, Crane *Plaintiff alleges*: Exelon, ComEd, Crane, Dominguez | Exelon, ExGen | ✓ | ✓ | ✓ |

7

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| *Statements About the FEJA* | | | | | | | | |
| 16 | ¶ 104(b) | "*Pursuant to FEJA, . . . Generation's Clinton Unit 1, Quad Cities Unit 1 and Quad Cities Unit 2 nuclear plants were selected as the winning bidders through the IPA's ZEC procurement event. Generation* executed the required ZEC procurement contracts with Illinois utilities, including ComEd, effective January 26, 2018 and *began recognizing revenue, with compensation for the sale of ZECs retroactive to the June 1, 2017 effective date of FEJA*. During the year ended December 31, 2018, *Generation recognized* revenue of $373 million, of which *$150 million related to ZECs generated from June 1, 2017 through December 31, 2017*." | 2018 10-K (Ex. 1, p. 81) | Exelon, Crane  *Plaintiff alleges*: Exelon, ComEd, Crane, Dominguez | ExGen | ✓ | ✓ | ✓ |
| 17 | ¶ 104(c) | "On December 7, 2016, *Illinois FEJA* was signed into law by the Governor of Illinois and *included a ZES that now provides compensation to Clinton and Quad Cities for the carbon-free attributes of their production through 2027. With the passage of the Illinois ZES in December 2016, Generation reversed its June 2016 decision to permanently cease generation operations at the Clinton and Quad Cities nuclear generating plants*. Clinton and Quad Cities are currently licensed to operate through 2026 and 2032, respectively." | 2018 10-K (Ex. 1, p. 317) | Exelon, Crane  *Plaintiff alleges*: Exelon, ComEd, Crane, Dominguez | ExGen | ✓ | ✓ | ✓ |

8

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| 18 | ¶ 104(d) | "*FEJA allows ComEd to defer energy efficiency costs . . . as a separate regulatory asset that is recovered through the energy efficiency formula rate over the weighted average useful life*, as approved by the ICC, of the related energy efficiency measures." | 2018 10-K (Ex. 1, p. 287) | Exelon, ComEd, Crane, Dominguez<br><br>*Plaintiff agrees* | ComEd | ✓ | | ✓ |
| 19 | ¶ 112(d) | "*Pursuant to FEJA, . . . Generation's Clinton Unit 1, Quad Cities Unit 1 and Quad Cities Unit 2 nuclear plants were selected as the winning bidders through the IPA's ZEC procurement event. Generation* executed the ZEC procurement contracts with Illinois utilities, including ComEd, effective January 26, 2018 and *began recognizing revenue with compensation for the sale of ZECs retroactive to the June 1, 2017 effective date of FEJA.* During the three months ended March 31, 2018, *Generation recognized $150 million of revenue related to ZECs generated from June 1, 2017 through December 31, 2017*." | 1Q19 10-Q (Ex. 3, p. 71) | Exelon, Crane<br><br>*Plaintiff alleges:* Exelon, ComEd, Crane, Dominguez | ExGen | ✓ | ✓ | ✓ |
| 20 | ¶ 112(e) | "*Under FEJA*, energy efficiency revenue varies from year to year based upon fluctuations in the underlying costs, investments being recovered, and allowed ROE. *Energy efficiency revenue increased during the three months ended March 31, 2019* as compared to the same period in 2018, primarily due to the impact of higher rate base." | 1Q19 10-Q (Ex. 3, p. 154) | ComEd, Dominguez<br><br>*Plaintiff alleges:* Exelon, ComEd, | ComEd | ✓ | | ✓ |

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| | | | | Crane, Dominguez | | | | |
| 21 | ¶ 119(c) | "*Pursuant to FEJA, . . . Generation's Clinton Unit 1, Quad Cities Unit 1 and Quad Cities Unit 2 nuclear plants were selected as the winning bidders through the IPA's ZEC procurement event.  Generation* executed the ZEC procurement contracts with Illinois utilities, including ComEd, effective January 26, 2018 and *began recognizing revenue with compensation for the sale of ZECs retroactive to the June 1, 2017 effective date of FEJA*. During the first quarter 2018, *Generation recognized $150 million of revenue related to ZECs generated from June 1, 2017 through December 31, 2017*." | 2Q19 10-Q (Ex. 5, p. 72) | Exelon, Crane<br><br>*Plaintiff alleges*: *Exelon, ComEd, Crane, Dominguez* | ExGen | ✓ | ✓ | ✓ |
| 22 | ¶ 119(d) | "*Under FEJA*, energy efficiency revenue varies from year to year based upon fluctuations in the underlying costs, investments being recovered, and allowed ROE.  *Energy efficiency revenue increased during the three and six months ended June 30, 2019 as compared to the same period in 2018, primarily due to the impact of higher rate base*." | 2Q19 10-Q (Ex. 5, p. 155) | ComEd, Dominguez<br><br>*Plaintiff alleges*: *Exelon, ComEd, Crane, Dominguez* | ComEd | ✓ | | ✓ |

10

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| | | *Statements About Government Investigations* | | | | | | |
| 23 | ¶ 116 | Exelon and ComEd had "*received a grand jury subpoena from the U.S. Attorney's Office for the Northern District of Illinois requiring production of information concerning their lobbying activities in the State of Illinois*. The Companies have pledged to cooperate fully and are cooperating fully with the U.S. Attorney's Office in expeditiously providing the requested information." | July 12, 2019 8-K (Ex. 8, Item 8.01) | Exelon, ComEd  *Plaintiff agrees* | Exelon, ComEd | ✓ | | ✓ |
| 24 | ¶ 118(a) | "[W]e've received numerous questions from our investors about the subpoena in Illinois from the U.S. Attorney's Office. *We* are cooperating fully and provided all – *are providing all information requested by the U.S. Attorney's Office*. We simply can't comment further on the investigation, and we are not going to speculate on whether it may affect legislative efforts in the – Illinois this fall. What we do know about this fall session is there are a number of stakeholders who want to see clean energy legislation enacted. Illinois lags behind other progressive states on clean energy policy. *Passing the clean energy legislation is a priority for many stakeholders, include -- in Illinois, including the Citizens Utility Board, [Labor], the Clean Jobs Coalition and the Renewable Community*. These stakeholders want to greatly expand their renewable penetration so the state will be able to achieve the 100% clean energy target by 2030. [Senior Vice President] *Kathleen [Barron] and her team are working with the stakeholders to help crack the legislation -- the legislative* | 2019 2Q Earnings Call | Exelon, Crane  *Plaintiff alleges*: Exelon, ComEd, Crane | Exelon, ComEd | ✓ | ✓ | ✓ |

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| | | *package and the -- inform members of general assembly on the benefits of this legislation*." (Crane) | | | | | | |
| 25 | ¶ 119(a) | "*Exelon and ComEd received a grand jury subpoena* from the U.S. Attorney's Office for the Northern District of Illinois *requiring production of information concerning their lobbying activities in the State of Illinois*. Exelon and ComEd have pledged to cooperate fully and are cooperating fully with the U.S. Attorney's Office in expeditiously providing the requested information." | 2Q19 10-Q (Ex. 5, p. 191) | Exelon, ComEd, Crane, Dominguez *Plaintiff agrees* | Exelon, ComEd | ✓ | | ✓ |
| *Statements About Political Contributions* | | | | | | | | |
| 26 | ¶ 99(a) | "*Exelon's political contributions during the reporting period were all made in accordance with its Corporate Political Contributions Guidelines*." | Political Contributions Report for Jan. 1, 2018-June 30, 2018 ("1H 2018 Contributions Report") published on Exelon's website (Ex. 2) | Exelon *Plaintiff agrees* | Exelon and all subsidiaries generally | ✓ | | ✓ |

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| 27 | ¶ 99(b) | *"This report includes a listing of Exelon's political contributions for the above noted reporting period."* | Political Contributions Report for Jan. 1, 2018- June 30, 2018 ("1H 2018 Contributions Report") published on Exelon's website (Ex. 2) | Exelon *Plaintiff agrees* | Exelon and all subsidiaries generally | ✓ | | ✓ |
| 28 | ¶ 113 (referring to ¶ 99(a)) | *"Exelon's political contributions during the reporting period were all made in accordance with its Corporate Political Contributions Guidelines."* | Political Contributions Report for July 1, 2018- Dec 31, 2018 ("2H 2018 Contributions Report") published on Exelon's website (Ex. 4) | Exelon *Plaintiff appears to agree* | Exelon and all subsidiaries generally | ✓ | | ✓ |

13

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| 29 | ¶ 113 (referring to ¶ 99(b)) | *"This report includes a listing of Exelon's political contributions for the above noted reporting period."* | Political Contributions Report for July 1, 2018- Dec 31, 2018 ("2H 2018 Contributions Report") published on Exelon's website (Ex. 4) | Exelon *Plaintiff appears to agree* | Exelon and all subsidiaries generally | ✓ | | ✓ |
| | | | | ***Statements About Ochoa*** | | | | |
| 30 | ¶ 112(f) | *"On April 26, 2019, the Board of Directors of ComEd appointed Mr. Juan Ochoa to the Board to fill a vacancy created by an expansion of the size of the Board."* | 1Q19 10-Q (Ex. 3, p. 189) | ComEd, Dominguez *Plaintiff alleges: Exelon, ComEd, Crane, Dominguez* | ComEd | ✓ | | ✓ |

14

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| *Statements About Standards of Legal and Ethical Conduct* | | | | | | | | |
| 31 | ¶ 97(a) | "*We never* request, *offer* or accept *any form of payment or incentive intended to improperly influence a decision*." | Code of Conduct published on Exelon's website (Ex. 7) | Exelon  *Plaintiff alleges*: Exelon, ComEd, Crane, Dominguez | Exelon and all subsidiaries generally | ✓ | | ✓ |
| 32 | ¶ 97(b) | "Exelon . . . advocates for legislation we believe will enhance value for our customers, communities, employees and shareholders. *Those of us who have contact with legislators*, regulators, executive branch officials or their staffs *may be involved in lobbying, and must take care to comply with the laws applicable to these activities*." | Code of Conduct published on Exelon's website (Ex. 7) | Exelon  *Plaintiff alleges*: Exelon, ComEd, Crane, Dominguez | Exelon and all subsidiaries generally | ✓ | | ✓ |
| 33 | ¶ 97(c) | "What's Expected . . . *Never use a third party to make payments or offers that could be improper*." | Code of Conduct published on Exelon's website (Ex. 7) | Exelon  *Plaintiff alleges*: Exelon, ComEd, Crane, Dominguez | Exelon and all subsidiaries generally | ✓ | | ✓ |

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| 34 | ¶ 98(a) | "*No Political Contribution should be made or committed under any condition requiring confidentiality or otherwise limiting public disclosure.*" | Contributions Guidelines published on Exelon's website (Ex. 11) | Exelon *Plaintiff agrees* | Exelon and all subsidiaries generally | ✓ | | ✓ |
| 35 | ¶ 98(b) | "*No Political Contribution will be given in anticipation of, in recognition of, or in return for any Official Act.*" | Contributions Guidelines published on Exelon's website (Ex. 11) | Exelon *Plaintiff agrees* | Exelon and all subsidiaries generally | ✓ | | ✓ |
| 36 | ¶ 103(a) | "*Exelon is committed to conducting its business with government agencies and officials consistent with the highest ethical standards and in compliance with the applicable laws.*" | Code of Conduct attached as Ex. 14 to 2018 10-K | Exelon, Crane *Plaintiff alleges: Exelon, ComEd, Crane, Dominguez* | Exelon and all subsidiaries generally | ✓ | | ✓ |

16

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| 37 | ¶ 103(b) | "Exelon is subject to regulation at various levels of government, and is profoundly affected by decisions of elected and appointed government officials. ***Exelon is*** therefore ***engaged with and actively lobbies*** such ***government officials in the policymaking process in support of Exelon's business interests on various issues. It is important to our success that advocacy on behalf of Exelon be consistent, coordinated and focused on both our short-term and long-term interests***.  No Exelon personnel may engage in lobbying activities on behalf of the Company, testify or provide comments before any legislative committees for Exelon, or accept an appointment to an advisory or study group established by a legislative body or administrative agency on behalf of Exelon without first obtaining the approval of Government and Regulatory Affairs or the Legal Department.  Government and Regulatory Affairs will also help ensure compliance with all lobbying registration, reporting, and disclosure requirements.  ***All Exelon lobbyists are expected to follow both the letter and spirit of the lobbying laws and to maintain the highest standards of professional integrity***." | Code of Conduct attached as Ex. 14 to 2018 10-K | Exelon, Crane  *Plaintiff alleges*: *Exelon, ComEd, Crane, Dominguez* | Exelon and all subsidiaries generally | ✓ | | ✓ |

17

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| 38 | ¶ 106 | "*We never* request, *offer* or accept *any form of payment or incentive intended to improperly influence a decision*." | Code of Conduct, referred to in March 20, 2019 Exelon Proxy Statement | Exelon  *Plaintiff appears to agree* | Exelon and all subsidiaries generally | ✓ | | ✓ |
| 39 | ¶ 106 | "Exelon . . . advocates for legislation we believe will enhance value for our customers, communities, employees and shareholders. *Those of us who have contact with legislators*, regulators, executive branch officials or their staffs *may be involved in lobbying, and must take care to comply with the laws applicable to these activities*." | Code of Conduct, referred to in March 20, 2019 Exelon Proxy Statement | Exelon  *Plaintiff appears to agree* | Exelon and all subsidiaries generally | ✓ | | ✓ |
| 40 | ¶ 106 | "What's Expected . . . *Never use a third party to make payments or offers that could be improper.*" | Code of Conduct, referred to in March 20, 2019 Exelon Proxy Statement | Exelon  *Plaintiff appears to agree* | Exelon and all subsidiaries generally | ✓ | | ✓ |

18

| No. | Complaint ¶ | Statement[1] | Source of Statement | Maker of Statement[2] | Statement About | Basis for Dismissal | | |
|-----|-------------|--------------|---------------------|-----------------------|-----------------|---------------------------------------|---------------------------------------------------|------------------------------------------|
| | | | | | | No Duty to Disclose/Not Misleading | Failure to Distinguish Exelon and ComEd Activity | No Strong Inference of Scienter |
| 41 | ¶ 108 | "*We never* request, *offer* or accept *any form of payment or incentive intended to improperly influence a decision*." | Code of Conduct, referred to in April 26, 2019 ComEd Proxy Statement | ComEd <br><br> *Plaintiff appears to agree* | ComEd | ✓ | | ✓ |
| 42 | ¶ 108 | "Exelon . . . advocates for legislation we believe will enhance value for our customers, communities, employees and shareholders. *Those of us who have contact with legislators*, regulators, executive branch officials or their staffs *may be involved in lobbying, and must take care to comply with the laws applicable to these activities*." | Code of Conduct, referred to in April 26, 2019 ComEd Proxy Statement | ComEd <br><br> *Plaintiff appears to agree* | ComEd | ✓ | | ✓ |
| 43 | ¶ 108 | "What's Expected . . . *Never use a third party to make payments or offers that could be improper*." | Code of Conduct, referred to in April 26, 2019 ComEd Proxy Statement | ComEd <br><br> *Plaintiff appears to agree* | ComEd | ✓ | | ✓ |

19