**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXELON CORPORATION et al.,<br><br>Defendants. | Case No. 1:19-cv-08209<br><br>Hon. Virginia M. Kendall |

**THE EXELON AND COMED DEFENDANTS' RESPONSE**
**TO THE GOVERNMENT'S MOTION TO INTERVENE**
**AND FOR A LIMITED STAY OF DISCOVERY**

Defendants Exelon Corporation, Commonwealth Edison Company, Christopher M. Crane, Joseph Dominguez, and William A. Von Hoene, Jr. (the "Exelon and ComEd Defendants") respectfully submit this response to the government's motion to intervene and for a limited stay of discovery. (Dkt. 127.)

The Exelon and ComEd Defendants do not oppose the government's request to intervene and also do not oppose the requested 60-day (or until a protective order is issued) stay of all discovery in this case, provided that all case deadlines are stayed or extended for a corresponding amount of time. As Plaintiff noted in its response to the government's motion (Dkt. 128 at 3), the parties propose to submit a joint proposed amended scheduling order after the relief sought by the government is resolved, respectfully seeking an extension of deadlines commensurate with the length of the stay. As to the government's request for an order directing the parties "to serve a copy of the Court's order on all recipients of that party's discovery requests . . . within

1

three days and to direct the recipients not to respond to subpoenas until further notice" (Dkt. 127 at 13-14), the Exelon and ComEd Defendants take no position.

DATED: September 15, 2021                    Respectfully submitted,

                                             RILEY SAFER HOLMES & CANCILA LLP

                                             */s/ Matthew C. Crowl*_____
                                             Matthew C. Crowl, #6201018
                                             Brian O. Watson, #6304248
                                             Amy C. Andrews, #6226692
                                             70 W. Madison Street, Suite 2900
                                             Chicago, Illinois 60602
                                             Telephone: (312) 471-8700
                                             Facsimile: (312) 471-8701
                                             mcrowl@rshc-law.com
                                             bwatson@rshc-law. com

                                             DAVIS POLK & WARDWELL LLP
                                             James P. Rouhandeh
                                             Edmund Polubinski III
                                             Mari Byrne
                                             450 Lexington Avenue
                                             New York, New York 10017
                                             Telephone: (212) 450-4000
                                             Facsimile: (212) 701-5835
                                             rouhandeh@davispolk.com
                                             edmund.polubinski@davispolk.com
                                             mari.byrne@davispolk.com

                                             *Attorneys for Defendants Exelon Corporation,
                                             Commonwealth Edison Company, Christopher
                                             M. Crane, Joseph Dominguez, and William A.
                                             Von Hoene, Jr.*