UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated, Plaintiff, <br><br> v. <br><br> EXELON CORPORATION et al., Defendants | No. 19 CV 8209 <br><br> Hon. Virginia M. Kendall |

## **ORDER**

For the reasons set forth in the unopposed motion of the United States to intervene and stay discovery (Dkt. 127), and the responses of the parties (Dkts. 128, 129), it is hereby ORDERED:

1. The United States of America is granted leave to intervene as a party, pursuant to Federal Rule of Civil Procedure 24(a)(2) and 24(b)(1)(B) and 28 U.S.C. § 517.

2. All discovery in the above-captioned case is stayed for sixty days, or until a protective order is issued, whichever is earlier.

3. Any party that has served a discovery request (including but not limited to subpoenas) is directed to serve a written notice on all recipients within three business days of this Order, attaching this Order and stating that no response (or no further response, if applicable) should be made until further notice. This notice may be given by either: (a) sending an email to counsel for any subpoena recipient for which counsel is known; or (b) sending a letter to the address where service was made for any subpoena recipient for which counsel is not known.

4. All previously set deadlines in the case schedule (Dkt. 109) are hereby stricken. Upon completion of the discovery stay, Lead Plaintiff and Defendants shall submit a joint proposed amended scheduling order, reflecting an extension of deadlines commensurate with the length of the stay.

ENTER:

_____
Hon. Virginia M. Kendall
U.S. District Judge
United States District Court
Northern District of Illinois

DATED: 9/23/2021