UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EXELON CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No.: 1:19-cv-08209<br><br><u>CLASS ACTION</u><br><br>Honorable Virginia M. Kendall |

ORDER

For the reasons set forth in the parties' Joint Motion for Entry of a Proposed Scheduling Order (ECF No. 135), it is hereby ORDERED:

1. Document discovery permitted under the proposed amendment to the protective order submitted to the Court's email by the United States on November 4, 2021 (the "Confidentiality Order Amendment") shall be substantially complete by February 15, 2022, with all other case deadlines to be set on or after February 15, 2022.

IT IS SO ORDERED.

DATED: __11/12/2021_____    _____
                                                    THE HONORABLE VIRGINIA M. KENDALL
                                                    UNITED STATES DISTRICT JUDGE