# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>EXELON CORPORATION, et al.,<br><br>                 Defendants. | Case No.: 1:19-cv-08209<br><br><u>CLASS ACTION</u><br><br>Honorable Virginia M. Kendall |

## ORDER

For the reasons set forth in the Joint Motion for Entry of a Second Amendment to the Agreed Confidentiality Order and a Proposed Scheduling Order (ECF No. 150, "Motion"), it is hereby ORDERED:

1.    The Motion is GRANTED.

2.    Discovery permitted under the Second Amendment to the Agreed Confidentiality Order, entered concurrently herewith, shall continue; and

3.    By July 15, 2022, the Parties shall submit a proposed joint schedule for additional proceedings in this action.

IT IS SO ORDERED.

DATED: _____5-13-22_____      _____

THE HONORABLE VIRGINIA M. KENDALL
UNITED STATES DISTRICT JUDGE