UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No.: 1:19-cv-08209 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | Honorable Virginia M. Kendall |
| vs. | ) | |
| | ) | |
| EXELON CORPORATION, et al., | ) ) | |
| Defendants. | ) ) ) | |

ORDER

4863-4908-7273.v1

- 1 -

For the reasons set forth in the Joint Motion Regarding Second Confidentiality Order Amendment (ECF 154, "Motion"), it is hereby ORDERED:

1.      The Motion is GRANTED.

2.      The Second Amendment to the Agreed Confidentiality Order (ECF 152) remains in effect and shall cease and expire on September 30, 2022.  The Government may, either individually or jointly with the Parties, move this Court for an extension at any time prior to September 30, 2022.

3.      The status hearing set for July 18, 2022 is reset to August 15, 2022 at 9:00 a.m.

IT IS SO ORDERED.

DATED:   __7/14/2022_____        _____
                                         THE HONORABLE VIRGINIA M. KENDALL
                                         UNITED STATES DISTRICT JUDGE

4863-4908-7273.v1