UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated, </br></br> Plaintiff, </br></br> vs. </br></br> EXELON CORPORATION, et al., </br></br> Defendants. | Case No.: 1:19-cv-08209 </br></br> <u>CLASS ACTION</u> </br></br> Honorable Virginia M. Kendall |

JOINT MOTION FOR ENTRY OF THIRD AMENDMENT TO THE AGREED
CONFIDENTIALITY ORDER

4882-1276-6008.v1

Lead Plaintiff Local 295 IBT Employer Group Pension Trust Fund ("Lead Plaintiff"), Defendants Exelon Corporation, Commonwealth Edison Company, Christopher M. Crane, Joseph Dominguez, William A. Von Hoene, Jr., and Anne R. Pramaggiore (collectively, "Defendants," and with Lead Plaintiff, the "Parties"), and Intervenor United States of America ("United States" or "Government"), by and through their undersigned counsel, submit this Joint Motion for Entry of a Third Amendment to the Agreed Confidentiality Order, and in support thereof, state as follows:

1. On September 23, 2021, this Court granted the unopposed motion of the United States to intervene and stay discovery while the Parties and the Government negotiated a proposed protective order concerning certain discovery materials. *See* ECF 130 (granting ECF 127). Since then the Parties submitted an Agreed Confidentiality Order which has been extended and amended. *See* ECF 137, 146, 152, 155, 158.

2. The purpose of the orders has been to permit discovery to proceed in the civil case while delaying certain discovery in light of the Government's concerns regarding the impact of discovery on pending criminal cases. The Second Confidentiality Order Amendment is currently set to expire on October 31, 2022.

3. Lead Plaintiff and the Government remain in dispute as to the full scope of permissible discovery in this action. However, they have reached agreement on a Third Amendment to the Agreed Confidentiality Order ("Proposed Third Amendment"). Like the prior agreed orders, the Proposed Third Amendment permits Lead Plaintiff to pursue certain additional discovery, including Government communications with the Defendants in this action through December 31, 2019, while deferring resolution of remaining discovery disputes. By its terms, the Proposed Third Amendment would expire in May 2023, following the Government's trial in a related criminal action, *United States v. McClain, et al.*, No. 1:20-cr-00812 (N.D. Ill.).

WHEREFORE, Lead Plaintiff, Defendants, and the United States respectfully request that this Court enter the Proposed Third Amendment.[1]

| | |
|---|---|
| DATED:  October 14, 2022 | ROBBINS GELLER RUDMAN & DOWD LLP<br>JAMES E. BARZ (IL Bar # 6255605)<br>BRIAN E. COCHRAN (IL Bar # 6329016)<br>FRANK A. RICHTER (IL Bar # 6310011)<br>CAMERAN GILLIAM (IL Bar # 6332723)<br><br>          s/ Frank A. Richter<br>FRANK A. RICHTER<br><br>200 South Wacker Drive, 31st Floor<br>Chicago, IL  60606<br>Telephone:  630/696-4107<br>jbarz@rgrdlaw.com<br>bcochran@rgrdlaw.com<br>frichter@rgrdlaw.com<br>cgilliam@rgrdlaw.com<br><br>Lead Counsel for Lead Plaintiff |
| DATED: October 14, 2022 | RILEY SAFER HOLMES & CANCILA LLP<br>MATTHEW C. CROWL (IL Bar # 6201018)<br>BRIAN O. WATSON (IL Bar # 6304248)<br>AMY C. ANDREWS (IL Bar # 6226692)<br><br>          s/ Matthew C. Crowl<br>MATTHEW C. CROWL<br><br>70 West Madison Street, Suite 2900<br>Chicago, IL  60602<br>Telephone:  312/471-8700<br>312/471-8701 (fax)<br>mcrowl@rshc-law.com<br>bwatson@rshc-law.com<br>aandrews@rshc-law.com |

---

[1] Pursuant to this Court's policies, a Word version of the Proposed Third Amendment is being concurrently submitted to the Court's proposed orders inbox.

- 3 -

                                                         DAVIS POLK & WARDWELL LLP
JAMES P. ROUHANDEH (#2211837)
EDMUND POLUBINSKI III (#3022332)
MARI BYRNE (#5074893)
450 Lexington Avenue
New York, NY 10017
Telephone: 212/450-4000
212/701-5835 (fax)
rouhandeh@davispolk.com
edmund.polubinski@davispolk.com
mari.byrne@davispolk.com

Attorneys for Defendants Exelon Corporation, Commonwealth Edison Company, Christopher M. Crane, William A. Von Hoene, Jr., and Joseph Dominguez

DATED: October 14, 2022         SIDLEY AUSTIN LLP
SCOTT R. LASSAR
DAVID A. GORDON
JENNIFER M. WHEELER

                                                      s/ David A. Gordon
                                                  DAVID A. GORDON

One South Dearborn
Chicago, IL 60603
Telephone: 312/853-7000
312/853-7036 (fax)
slassar@sidley.com
dgordon@sidley.com
jwheeler@sidley.com

Attorneys for Defendant Anne R. Pramaggiore

4882-1276-6008.v1

- 4 -

DATED: October 14, 2022

JOHN R. LAUSCH, JR.
United States Attorney

s/ Julia K Schwartz

JULIA K. SCHWARTZ

AMARJEET S. BHACHU
SARAH STREICKER
JULIA K. SCHWARTZ
219 South Dearborn Street, Fifth Floor
Chicago, IL 60604

Attorneys for Intervenor United States of America

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 14, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Frank A. Richter
FRANK A. RICHTER

ROBBINS GELLER RUDMAN
    & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

Email: frichter@rgrdlaw.com

# Mailing Information for a Case 1:19-cv-08209 Flynn v. Exelon Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amy C. Andrews**
  aandrews@rshc-law.com,docketdept@rshc-law.com

- **James E Barz**
  jbarz@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Mari Byrne**
  mari.byrne@davispolk.com,ecf.ct.papers@davispolk.com

- **Brian E. Cochran**
  BCochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew Charles Crowl**
  mcrowl@rshc-law.com,docketdept@rshc-law.com,ssluch@rshc-law.com

- **Samuel Clifford Feldman**
  sfeldman@rgrdlaw.com,ppuerto@rgrdlaw.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,efilings_cmst@ecf.courtdrive.com,lhoeksema@cohenmilstein.com

- **Cameran Gilliam**
  cgilliam@rgrdlaw.com

- **David Andrew Gordon**
  dgordon@sidley.com,efilingnotice@sidley.com,david-gordon-4155@ecf.pacerpro.com,jwheeler@Sidley.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Laurie Largent**
  LLargent@rgrdlaw.com

- **Scott R. Lassar**
  slassar@sidley.com,efilingnotice@sidley.com,scott-lassar-4695@ecf.pacerpro.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,tsayre@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com,kgutierrez@labaton.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Francis P. Mcconville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Edmund Polubinski , III**
  Edmund.polubinski@davispolk.com,ecf.ct.papers@davispolk.com

- **Matthew Alexander Richard**
  mrichard@rgrdlaw.com,evanyi@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com,susanw@rgrdlaw.com

- **Robert J. Robbins**
  rrobbins@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **James P Rouhandeh**
  rouhandeh@davispolk.com,ecf.ct.papers@davispolk.com

- **Jared Matthew Schneider**
  jared@jaredschneider.com

- **Julia Kathryn Schwartz**
  julia.schwartz@usdoj.gov,alexandra.dumitriu@usdoj.gov

- **Heather Benzmiller Sultanian**
  hsultanian@sidley.com,dvelkovich@sidley.com,efilingnotice@sidley.com,heather-sultanian-3303@ecf.pacerpro.com

- **United States of America**
  julia.schwartz@usdoj.gov

- **Brian O'Connor Watson**
  bwatson@rshc-law.com,docketdept@rshc-law.com

- **Jennifer Martin Wheeler**
  jwheeler@sidley.com,jennifer-4277@ecf.pacerpro.com,efilingnotice@sidley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeanne M. Jones
,

Joseph Nigro
,
```