UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>EXELON CORPORATION, et al.,<br><br>                        Defendants. | Case No.: 1:19-cv-08209<br><br><u>CLASS ACTION</u><br><br>Honorable Virginia M. Kendall |

**LEAD PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF THIRD PARTY JOELE FRANK DOCUMENTS BEING WITHHELD OR REDACTED BY EXELON**

4870-3075-3111.v1

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 37.2, Lead Plaintiff Local 295 IBT Employer Group Pension Trust Fund ("Plaintiff") brings this motion to compel production of 901 documents (in unredacted form) that are in the possession of third party Joele Frank, Wilkinson Brimmer Katcher ("JF"), but are being withheld or redacted by defendant Exelon Corporation ("Exelon") based on Exelon's privilege and work product assertions. Specifically, Exelon has redacted or withheld 901 documents in the possession of JF, claiming that all 901 documents contain information that is attorney-client privileged and that 453 of the documents are also protected attorney work product. However, Exelon has failed to meet its burden to shield the documents from discovery for two reasons. First, Exelon waived any purported privilege in the 901 documents by providing the information to JF, a third party public relations firm. And, second, the 453 "work product" documents were created for public and investor relations purposes, not primarily for litigation, and are therefore not subject to work product protection. Thus, all 901 documents should be produced, without redaction.

Pursuant to Local Rule 37.2, Plaintiff states that after consultation and good faith attempts to resolve differences, Plaintiff and Exelon have been unable to reach an accord. In addition to the email correspondence set forth in Exhibit 15 attached to the accompanying Index of Exhibits, the parties engaged in telephonic meet and confers, including on or around August 19, 2022 (Frank Richter and Cameran Gilliam for Plaintiff; Mari Byrne, Diane Hu, and Nikolaus Williams for Exelon) and September 21, 2022 (Frank Richter, Cameran Gilliam, and Mike Stramaglia for Plaintiff; Mari Byrne, Paulina Perlin, and Nikolaus Williams for Exelon).

- 1 -

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and order that all JF documents being withheld or redacted on the basis of Exelon's privilege or work product assertions be produced, without redaction.

DATED:  March 23, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
CAMERAN GILLIAM (IL Bar # 6332723)


/s/ Frank A. Richter
FRANK A. RICHTER

200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com
cgilliam@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bcochran@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4870-3075-3111.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 23, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Frank A. Richter

FRANK A. RICHTER

ROBBINS GELLER RUDMAN
      & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
Email:  frichter@rgrdlaw.com

4870-3075-3111.v1

Case: 1:19-cv-08209 Document #: 166 Filed: 03/23/23 Page 5 of 6 PageID #:3184

# Mailing Information for a Case 1:19-cv-08209 Flynn v. Exelon Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amy C. Andrews**
  aandrews@rshc-law.com,docketdept@rshc-law.com

- **James E Barz**
  jbarz@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Mari Byrne**
  mari.byrne@davispolk.com,ecf.ct.papers@davispolk.com

- **Brian E. Cochran**
  BCochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew Charles Crowl**
  mcrowl@rshc-law.com,docketdept@rshc-law.com,ssluch@rshc-law.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,efilings_cmst@ecf.courtdrive.com,lhoeksema@cohenmilstein.com

- **Cameran Gilliam**
  cgilliam@rgrdlaw.com

- **David Andrew Gordon**
  dgordon@sidley.com,efilingnotice@sidley.com,david-gordon-4155@ecf.pacerpro.com,jwheeler@Sidley.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Laurie Largent**
  LLargent@rgrdlaw.com

- **Scott R. Lassar**
  slassar@sidley.com,efilingnotice@sidley.com,scott-lassar-4695@ecf.pacerpro.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,tsayre@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com,kgutierrez@labaton.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Francis P. Mcconville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Edmund Polubinski , III**
  Edmund.polubinski@davispolk.com,ecf.ct.papers@davispolk.com

- **Matthew Alexander Richard**
  mrichard@rgrdlaw.com,evanyi@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com,susanw@rgrdlaw.com

Case: 1:19-cv-08209 Document #: 166 Filed: 03/23/23 Page 6 of 6 PageID #:3185

- **Robert J. Robbins**
  rrobbins@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **James P Rouhandeh**
  rouhandeh@davispolk.com,ecf.ct.papers@davispolk.com

- **Jared Matthew Schneider**
  jared@jaredschneider.com

- **Julia Kathryn Schwartz**
  julia.schwartz@usdoj.gov,alexandra.dumitriu@usdoj.gov

- **Heather Benzmiller Sultanian**
  hsultanian@sidley.com,dvelkovich@sidley.com,efilingnotice@sidley.com,heather-sultanian-3303@ecf.pacerpro.com

- **United States of America**
  julia.schwartz@usdoj.gov

- **Brian O'Connor Watson**
  bwatson@rshc-law.com,docketdept@rshc-law.com

- **Jennifer Martin Wheeler**
  jwheeler@sidley.com,jennifer-4277@ecf.pacerpro.com,efilingnotice@sidley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Jeanne M. Jones
,

Joseph Nigro
,