UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No.: 1:19-cv-08209 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| | ) | Honorable Virginia M. Kendall |
| vs. | ) | |
| | ) | |
| EXELON CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |
| | ) | |

INDEX OF EXHIBITS TO LEAD PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF THIRD PARTY JOELE FRANK DOCUMENTS BEING WITHHELD OR REDACTED BY DEFENDANT EXELON

4872-7050-2743.v2

| Exhibit | Starting Bates Number or Description |
|---|---|
| 1 | JFWBK_00033186 (UNDER SEAL) |
| 2 | Excerpt of Third Amended Supplemental Responses and Objections of Defendant Exelon Corporation to Lead Plaintiff's First Set of Interrogatories Nos. 2, 3, 4, 5, 6, 7, 8 (UNDER SEAL) |
| 3 | JFWBK_00033167 (UNDER SEAL) |
| 4 | JF0000001 (UNDER SEAL) |
| 5 | JFWBK_00033303 (UNDER SEAL) |
| 6 | JFWBK_00033942 (UNDER SEAL) |
| 7 | JFWBK_00034045 (UNDER SEAL) |
| 8 | JFWBK_00014424 (UNDER SEAL) |
| 9 | JFWBK_00035116 (UNDER SEAL) |
| 10 | JFWBK_00012087 (UNDER SEAL) |
| 11 | Joele Frank, Wilkinson Brimmer Katcher company website profiles for Kara Brickman, S. Leigh Parrish, Aura Reinhard, and Andrea Rose |
| 12 | JFWBK_00012653 (UNDER SEAL) |
| 13 | JFWBK_00025313 (UNDER SEAL) |
| 14 | JFWBK_00005153 (UNDER SEAL) |
| 15 | Correspondence between counsel for Plaintiff and counsel for Exelon, citing and referencing information from documents marked Confidential (UNDER SEAL) |
| 16 | Amended Privilege Log for withheld or redacted documents in the possession of Joele Frank, Wilkinson Brimmer Katcher, dated September 14, 2022 (UNDER SEAL) |
| 17 | JFWBK_00008438 (UNDER SEAL) |

4872-7050-2743.v2

| | |
|---|---|
| 18 | JFWBK_00014570 (UNDER SEAL) |
| 19 | JFWBK_00000584 (excerpts of attachment) (UNDER SEAL) |
| 20 | JFWBK_00009108 (UNDER SEAL) |
| 21 | JFWBK_00033790 (UNDER SEAL) |
| 22 | JFWBK_00007435 (UNDER SEAL) |
| 23 | JFWBK_00005880 (UNDER SEAL) |
| 24 | JFWBK_00033972 (UNDER SEAL) |
| 25 | JFWBK_00016511 (UNDER SEAL) |
| 26 | JFWBK_00034531 (UNDER SEAL) |
| 27 | JFWBK_00005282 (UNDER SEAL) |
| 28 | First and last page of Exelon and ComEd Defendants' Amended Privilege Log after filtering to exclude Joele Frank, with "Document Number" column added by Plaintiff's counsel (UNDER SEAL) |
| 29 | JFWBK_00002177 (UNDER SEAL) |
| 30 | JFWBK_00002391 (UNDER SEAL) |

- 2 -

4872-7050-2743.v2