# EXHIBIT 11

# Our People

JF **joelefrank.com**/our-people/kara-brickman

## Kara Brickman

Managing Director

Kara provides strategic counsel and communications support to clients on a wide range of special situations, including mergers and acquisitions, shareholder activism and crisis management. She also assists clients with ongoing investor relations, corporate communications and public relations programs.

## Mergers & Acquisitions

She works with clients on both friendly and unsolicited transactions. Notable assignments include: cxLoyalty Group on the sale of its Global Loyalty Division to JPMorgan Chase; Virtusa on its proposed sale to Baring Private Equity Asia; an investor group led by Richard Baker on its go-private transaction with Hudson's Bay Company; First Horizon and IBERIABANK on their merger of equals; Newmont on its acquisition of Goldcorp and its defense against an unsolicited proposal from Barrick Gold; Anadarko Petroleum on its sale to Occidental Petroleum; Centene on its acquisition of WellCare; LaSalle Hotel Properties on its sale to Pebblebrook Hotel Trust; Rockwell Automation on its defense against Emerson; Gigamon on its go-private transaction with Elliott Management; and Convergys Corporation on its sale to SYNNEX Corporation.

## Shareholder Activism

She has experience working with companies in activism situations and proxy contests opposite Blackwells Capital, Corvex Management, Elliott Management, Land & Buildings, New Mountain Capital, Starboard Value, Third Point, ValueAct and Voce Capital, among others.

## Crisis Management

She develops and executes communications strategies to help companies advance their business objectives and protect their reputations in a variety of situations, such as management succession, unplanned leadership changes, government investigations, data breaches, litigation, short attacks, facility closures and workforce reductions.

## Public and Investor Relations

She works with clients to enhance their overall corporate communications strategy, including quarterly earnings preparation, investor events, corporate positioning, profile-raising, thought leadership and employee communications.

Kara joined Joele Frank in 2017. Prior to Joele Frank, Kara served as an Account Supervisor at Edelman. She received a BA in Economics with a minor in Communications from Denison University.

# Our People

**JF joelefrank.com/our-people/s-leigh-parrish**

## S. Leigh Parrish

Partner

Leigh has nearly 20 years of experience and a proven track record as advisor to C-suite executives, directing multi-stakeholder communications programs in event-driven, financial and crisis situations. She has extensive special situations experience, having advised companies around M&A, restructurings, crisis communications and IPOs/spin-offs, as well as experience in developing ongoing capital markets and business media relations strategies. Her areas of expertise include:

### Investor Relations

She has expertise in developing and executing ongoing investor relations programs that adhere to best practices and help clients better engage with the sell- and buy-side through quarterly earnings reports, investment conferences, non-deal roadshows and other investment community outreach. She has regularly advised clients on financial guidance issues, management transitions, corporate strategy shifts and other critical announcements, as well as helped target and engage with potential new investors and analysts and solicit feedback from key constituents to inform future communications.

### Mergers & Acquisitions

She advises companies for friendly or contested M&A transactions. Her experience includes advising Supervalu in its sale to United Natural Foods, BioCryst Pharmaceuticals in its merger with Idera Pharmaceuticals, Deltic Timber in its acquisition by Potlash Corporation, Aurora Health Care in its merger with Advocate Health Care, Ariad Pharmaceuticals in its sale to Takeda, Thermo Fisher in its acquisition of Patheon, Johnson & Johnson in its acquisition of Actelion Pharmaceuticals and in the sale of LifeScan, Inc. to Platinum Equity, Ultragenix Pharmaceuticals in its acquisition of Dimension Therapeutics, Avon Products in the sale of its North American business to Cerberus, Humana in its merger with Aetna, Linear Technology in its merger with Analog Devices and Cox Automotive in its acquisition of Dealertrack Technologies.

### Initial Public Offerings/Spin-offs

She advises companies on navigating the IPO and spin-off process and establishing best-practice public-company communications infrastructure. This includes advising on pre-filing activities, roadshow presentation development and training, and messaging for external and

internal stakeholders. Her experience has included the spin-offs of Alcoa from Arconic and Cnova from Groupe Casino, as well as the IPOs of Travelport, Taylor Morrison, Restoration Hardware, Lumber Liquidators, Dollar General and Under Armour.

## Crisis Preparedness and Communications

She has advised numerous clients on crisis preparedness and crisis response. Her assignments have included preparing for and advising on various cybersecurity issues, as well as responding to environmental NGO attacks, government investigations, SEC inquiries, accounting irregularities, product recalls, civil and criminal litigation, workplace accidents, diversity issues, unplanned leadership changes and negative earnings surprises.

## Restructuring & Bankruptcy

She has significant experience in communications related to both out-of-court restructurings and in-court filings under Chapter 11, as well as Section 363 transactions. Her work has included Rockport, Bon-Ton, Gymboree, CHC Group, DirectBuy, Sabine Oil & Gas, Crumbs Bake Shop, Orchard Supply Hardware, American Suzuki Motor Corporation, Silver Legacy Casino, Reddy Ice, Travelport, Fairfield Residential, Circuit City and Disney Stores/The Children's Place.

Leigh joined Joele Frank in 2015 following 15 years at FTI Consulting (previously Financial Dynamics). Leigh received a BA in history from San Diego State University.

# Our People

**JF** **joelefrank.com**/our-people/aura-reinhard

## Aura Reinhard

Managing Director

Aura provides strategic, financial and crisis communications support to companies and institutions involved in a range of special situations. She also assists clients with ongoing investor and public relations, media relations strategies and corporate communications. Her areas of expertise include:

## Investor Relations & Public Relations

She has expertise in helping companies develop and execute ongoing investor and public relations programs that adhere to best practices, including assisting with message development, quarterly earnings, investor conferences and presentations, non-deal roadshows, analyst days, buy- and sell-side targeting and general profile-raising. Select clients include ANSYS, Foot Locker, Gartner, Host Hotels & Resorts, Johnson & Johnson, Motorola Solutions, Omnicell and S&P Global.

## Restructuring & Bankruptcy

She advises companies involved in out-of-court financial restructurings and in-court Chapter 11 reorganizations. Select assignments include Basic Energy Services, CWT, Dean Foods, EXCO Resources, FTD Companies, Global Eagle Entertainment, Ferrellgas Partners, LTL Management LLC, Mallinckrodt, Pier 1, Sabine Oil & Gas, Skillsoft and Southcross Energy.

## Crisis Communications

She has advised numerous clients on crisis preparedness and response related to a range of issues, including COVID-19, cybersecurity, workplace misconduct and sexual harassment, short attacks, regulatory inquiries and SEC investigations, accounting irregularities, unplanned leadership changes, litigation, facility and store closures, workforce reductions and diversity and inclusion issues.

## Mergers & Acquisitions

Notable transactions include advising S&P Global on its merger with IHS Markit; Skillsoft on its merger with Churchill Capital Corp II, a SPAC; Bemis Company on its sale to Amcor; Johnson & Johnson on its acquisitions of Actelion and Momenta Pharmaceuticals; Penn National Gaming on its acquisition of Barstool Sports; Marriott Vacations on its acquisition of ILG; Array BioPharma on its sale to Pfizer; and Zayo on its sale to Digital Colony and EQT.

**Shareholder Activism**

She has advised on numerous public and private activist situations, helping companies defend against some of the most notable activist investors, including Bow Street, Elliott Management, Engaged Capital, Sandell Asset Management, Sarissa Capital, Starboard Value, Third Point and Vintage Capital Management.

**Private Equity**

She assists private equity firms with investor and media relations at both the fund and portfolio company level. Current and former clients include Cinven, First Reserve, Fundamental Advisors, Kanders & Co., Kayne Anderson Capital Advisors, Lone Star Funds, Ridgewood Private Equity Partners, Tower Three Partners and Z Capital Partners.

Aura joined Joele Frank in 2015. She was previously Vice President, Convertible and Equity-Linked Origination at RBC Capital Markets and a Director at Weston Growth Capital. She received a JD from the UCLA School of Law, with a concentration in business law and policy, and a BA in political science from the University of California, Los Angeles.

# Our People

JF **joelefrank.com**/our-people/andrea-rose

## Andrea Rose

Partner

Andi has more than 15 years of experience helping clients communicate effectively when it matters most. Her areas of expertise include:

### Investor Relations and Financial Communications

Andi works closely with clients to develop IR and financial communications programs to meet their needs on offense and defense. She helps clients reinvent and refine their equity stories and corporate narratives, working with them to convey important information clearly and consistently to key stakeholders. She also conducts presentation and media training, including coaching clients on how to succeed in the virtual environment. She provides ongoing support to companies including American Airlines, FedEx, Phillips 66, Procter & Gamble, Solvay, Thermo Fisher Scientific and Ventas.

### Transactions

She advises companies involved in both friendly and unsolicited M&A transactions. Her experience includes advising Thermo Fisher Scientific in its acquisition of PPD, Inc., DirecTV in its sale to AT&T, and US Airways in its merger with American Airlines. She has also advised on numerous spin-off transactions including Sealed Air in its spin-off of Diversey Care and Ventas in its spin-off of Care Capital Properties.

### Shareholder Activism/Proxy Fights

She helps companies with activism defense and deterrence strategies. Her recent experience includes Procter & Gamble (Trian), Deckers (Marcato), Lowe's (D.E. Shaw), and DuPont (Trian).

### Crisis Communications

She helps her clients take control through crises of all types, including cyber breaches, management changes, litigation and financial restatements.

In 2012 Andi was named one of PR News' "People to Watch." Prior to joining Joele Frank in 2006, she worked at Ogilvy Public Relations Worldwide in the Corporate and Investor Relations practice. She received a BA in English from Dartmouth College.