# EXHIBITS 12-30
# [Filed Under Seal]