UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>    vs.<br><br>EXELON CORPORATION, et al.,<br><br>                          Defendants. | Case No.: 1:19-cv-08209<br><br>CLASS ACTION<br><br>Honorable Virginia M. Kendall |

JOINT MOTION TO SET A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF THIRD PARTY JOELE FRANK DOCUMENTS BEING WITHHELD OR REDACTED BY DEFENDANT EXELON

Lead Plaintiff Local 295 IBT Employer Group Pension Trust Fund ("Plaintiff"), and Defendant Exelon Corporation ("Exelon" and with Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully request that the Court enter an Order setting a briefing schedule for Plaintiff's Motion to Compel Production of Third Party Joele Frank Documents Being Withheld or Redacted by Defendant Exelon (the "Motion").

In support thereof, the Parties state as follows:

1. On December 3, 2021, Plaintiff served a subpoena on third party Joele Frank Wilkinson Brimmer Katcher ("Joele Frank").

2. Pursuant to an agreement between Exelon and Joele Frank, counsel for Exelon reviewed certain otherwise responsive documents identified during Joele Frank's review and requested that Joele Frank withhold those documents from production on the ground that they are protected by the attorney-client privilege and/or the work product doctrine. Those documents were reflected on a privilege log served on June 17, 2022.

3. Plaintiff challenged these privilege and work product assertions. The Parties subsequently met and conferred and exchanged correspondence outlining their respective positions, and the Parties agreed that Exelon would conduct a supplemental review of the documents listed on the Joele Frank privilege log and produce an amended privilege log, which it did on September 14, 2022. The Parties again met and conferred regarding their respective positions.

4. On March 23, 2023, Plaintiff filed its Motion, which seeks to compel the production of documents on the amended Joele Frank privilege log.

5. Exelon believes that the nature of the dispute warrants briefing. Accordingly, the Parties met and conferred regarding Exelon's position and a briefing schedule. Plaintiff does not oppose briefing in accordance with the schedule proposed below.

- 1 -

4891-7559-6889.v1

- 2 -

6.     The Parties agree that Exelon should have until April 6, 2023, to respond to the Motion, and that Plaintiff should have until April 14, 2023, to file a reply in further support of its Motion. The Parties further agree that any hearing on the Motion should be set for a date following the completion of the aforementioned briefing.

ACCORDINGLY, the Parties respectfully request that the Court enter an Order setting a deadline of April 6, 2023, for Exelon to respond to the Motion, setting a deadline of April 14, 2023, for Plaintiff to file a reply, and scheduling a hearing on the Motion for a date following the filing of Plaintiff's reply.[1]

DATED:  March 23, 2023                                  Respectfully submitted,

                                                        ROBBINS GELLER RUDMAN
                                                          & DOWD LLP
                                                        JAMES E. BARZ (IL Bar # 6255605)
                                                        FRANK A. RICHTER (IL Bar # 6310011)
                                                        CAMERAN GILLIAM (IL Bar # 6332723)


                                                              /s/ Frank A. Richter
                                                        FRANK A, RICHTER

                                                        200 South Wacker Drive, 31st Floor
                                                        Chicago, IL  60606
                                                        Telephone:  630/696-4107
                                                        jbarz@rgrdlaw.com
                                                        frichter@rgrdlaw.com
                                                        cgilliam@rgrdlaw.com

                                                        Lead Counsel for Lead Plaintiff

---

[1]     Pursuant to this Court's policies, a Word version of a proposed order is being concurrently submitted to the Court's proposed orders inbox.

DATED:  March 23, 2023 RILEY SAFER HOLMES & CANCILA LLP
MATTHEW C. CROWL (IL Bar # 6201018)
BRIAN O. WATSON (IL Bar # 6304248)
AMY C. ANDREWS (IL Bar # 6226692)


       /s/ Matthew C. Crowl
          MATTHEW C. CROWL

70 West Madison Street, Suite 2900
Chicago, IL  60602
Telephone:  312/471-8700
312/471-8701 (fax)
mcrowl@rshc-law.com
bwatson@rshc-law.com
aandrews@rshc-law.com

DAVIS POLK & WARDWELL LLP
JAMES P. ROUHANDEH (#2211837)
EDMUND POLUBINSKI III (#3022332)
MARI BYRNE (#5074893)
450 Lexington Avenue
New York, NY  10017
Telephone:  212/450-4000
212/701-5835 (fax)
rouhandeh@davispolk.com
edmund.polubinski@davispolk.com
mari.byrne@davispolk.com

Attorneys for Defendants Exelon Corporation, Commonwealth Edison Company, Christopher M. Crane, William A. Von Hoene, Jr., and Joseph Dominguez

- 3 -

4891-7559-6889.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 23, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Frank A. Richter
FRANK A. RICHTER

ROBBINS GELLER RUDMAN
    &amp; DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
Email:  frichter@rgrdlaw.com

4891-7559-6889.v1

# Mailing Information for a Case 1:19-cv-08209 Flynn v. Exelon Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amy C. Andrews**
  aandrews@rshc-law.com,docketdept@rshc-law.com

- **James E Barz**
  jbarz@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Mari Byrne**
  mari.byrne@davispolk.com,ecf.ct.papers@davispolk.com

- **Brian E. Cochran**
  BCochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew Charles Crowl**
  mcrowl@rshc-law.com,docketdept@rshc-law.com,ssluch@rshc-law.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,efilings_cmst@ecf.courtdrive.com,lhoeksema@cohenmilstein.com

- **Cameran Gilliam**
  cgilliam@rgrdlaw.com

- **David Andrew Gordon**
  dgordon@sidley.com,efilingnotice@sidley.com,david-gordon-4155@ecf.pacerpro.com,jwheeler@Sidley.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Laurie Largent**
  LLargent@rgrdlaw.com

- **Scott R. Lassar**
  slassar@sidley.com,efilingnotice@sidley.com,scott-lassar-4695@ecf.pacerpro.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,tsayre@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com,kgutierrez@labaton.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Francis P. Mcconville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Edmund Polubinski , III**
  Edmund.polubinski@davispolk.com,ecf.ct.papers@davispolk.com

- **Matthew Alexander Richard**
  mrichard@rgrdlaw.com,evanyi@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com,susanw@rgrdlaw.com

- **Robert J. Robbins**
  rrobbins@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **James P Rouhandeh**
  rouhandeh@davispolk.com,ecf.ct.papers@davispolk.com

- **Jared Matthew Schneider**
  jared@jaredschneider.com

- **Julia Kathryn Schwartz**
  julia.schwartz@usdoj.gov,alexandra.dumitriu@usdoj.gov

- **Heather Benzmiller Sultanian**
  hsultanian@sidley.com,dvelkovich@sidley.com,efilingnotice@sidley.com,heather-sultanian-3303@ecf.pacerpro.com

- **United States of America**
  julia.schwartz@usdoj.gov

- **Brian O'Connor Watson**
  bwatson@rshc-law.com,docketdept@rshc-law.com

- **Jennifer Martin Wheeler**
  jwheeler@sidley.com,jennifer-4277@ecf.pacerpro.com,efilingnotice@sidley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jeanne M. Jones**
,

**Joseph Nigro**
,