# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joshua Flynn, et al.

        Plaintiff,

v.                 Case No.: 1:19−cv−08209
                  Honorable Virginia M. Kendall

Exelon Corporation, et al.

        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, April 10, 2023:

  MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion to extend the briefing schedule [175] as to Motion to Compel [166] is granted. Response due by 4/20/2023; Reply due by 4/27/2023. Status hearing set for 5/8/2023 stands. Motion hearing set for 4/17/2023 is stricken. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.