**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXELON CORPORATION et al.,<br><br>Defendants. | Case No.: 1:19-cv-08209<br><br>Honorable Virginia M. Kendall |

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Declaration of Carter Culver **(UNDER SEAL)** |
| Exhibit B | Print out from Joele Frank website, available at https://joelefrank.com/expertise/#section-7, accessed on 3/28/2023 |
| Exhibit C | Joele Frank engagement letter – JFWBK_00033303 **(UNDER SEAL)** |
| Exhibit D | Email from J. Rader to L. Parrish, et al., dated 8/03/2020 – JFWBK_00034584 **(UNDER SEAL)** |
| Exhibit E | Email from J. Rader to L. Parrish, et al., dated 7/16/2020 – JFWBK_00034649 **(UNDER SEAL)** |
| Exhibit F | Email from C. Riedell to L. Parrish dated 7/15/2020 – JFWBK_00035194 **(UNDER SEAL)** |
| Exhibit G | Email from A. Reinhard to L. Parrish, et al., dated 7/11/2020 – JFWBK_00033968 **(UNDER SEAL)** |
| Exhibit H | Email from C. Riedell to L. Parrish, et al., dated 7/06/2020 – JFWBK_00032345 **(UNDER SEAL)** |
| Exhibit I | Email from C. Culver to M. Fitzpatrick, et al., dated 10/01/2019 — JFWBK_00034330 (**UNDER SEAL**) |

2

| Exhibit J | Email from M. Fitzpatrick to A. Reinhard, et al., dated 12/17/2019 – JFWBK_00033826 **(UNDER SEAL)** |
| --- | --- |
| Exhibit K | Email from A. Reinhard to M. Fitzpatrick, et al., dated 10/01/2019 – JFWBK_00034298 **(UNDER SEAL)** |
| Exhibit L | Email from M. Fitzpatrick to A. Reinhard, et al., dated 10/01/2019 – JFWBK_00034336 **(UNDER SEAL)** |