# Exhibit B

**Expertise**

Transaction Communications

Shareholder Activism

Investor Relations

Environmental/Social/
Governance (ESG)

Restructuring & Bankruptcy

Crisis Communications &
Special Situations

Litigation Support

Private Equity

Corporate Communications
& Media Relations

Design + Digital

# Litigation Support

In a high-stakes legal battle, litigants need a strong advocate who can make sure that critical information reaches key audiences quickly and effectively. We work closely with our clients and their legal team to develop a disciplined strategy that supports the overall objectives of the litigation without compromising business goals.

07

We often help our clients distill complex legal issues into simple, compelling concepts