# Exhibit J

PROVISIONALLY FILED UNDER SEAL
PURSUANT TO LOCAL RULE 26.2
(C) AND THE AGREED CONFIDENTIALITY
ORDER (ECF NO. 119)