# APPENDIX A

**APPENDIX A**
**LEAD PLAINTIFF'S PROPOSED SCHEDULE OF EVENTS FOR NOTICE ORDER**

| EVENT | PROPOSED TIMING | EXAMPLE DATES[1] |
|---|---|---|
| Deadline for commencing mailing of individual Notices and claim forms (the "Notice Date") | 21 calendar days after entry of Notice Order | June 30, 2023 |
| Deadline for publishing Summary Notice | Within 7 calendar days of the Notice Date | July 7, 2023 |
| Deadline for filing motions in support of the Settlement, the Plan of Allocation, and Lead Counsel's application for fees and expenses | 35 calendar days before the Settlement Hearing | August 3, 2023 |
| Deadline for submission of requests for exclusion or objections | 21 calendar days before the Settlement Hearing | August 17, 2023 |
| Deadline for filing reply papers in support of the motions | 7 calendar days before the Settlement Hearing | August 31, 2023 |
| Settlement Hearing | At the Court's convenience, but no earlier than 90 calendar days after the entry of the Notice Order | September 7, 2023 |
| Deadline for submission of claim forms | Postmarked or received no later than 90 calendar days after the Notice Date | September 28, 2023 |

---

[1] For the Court's convenience, "Example Dates" are provided based on dates that would apply if the proposed Notice Order were entered on June 9, 2023 and the Court adopted the "Proposed Timing."

4891-7201-6486.v2