**INDEX OF EXHIBITS TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**

| Document | Exhibit |
|---|---|
| Janeen McIntosh, Svetlana Starykh, and Edward Flores, *Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review*, NERA ECONOMIC CONSULTING (Jan. 24, 2023) | A |
| *Washtenaw Cnty. Emps.' Ret. Sys. v. Walgreen Co.*, No. 1:15-cv-03187, ECF 527 (N.D. Ill. Oct. 11, 2022), with briefing (ECF 515-1) | B |
| *Rubinstein v. Gonzalez*, No. 1:14-cv-09465, ECF 274-1 (N.D. Ill. June 19, 2019) | C |
| *Rubinstein v. Gonzalez*, No. 1:14-cv-09465, ECF 297 (N.D. Ill. Oct. 22, 2019) | D |
| *Macovski v. Groupon, Inc.*, No. 1:20-cv-02581, ECF 110-1 (N.D. Ill. June 27, 2022) | E |