**INDEX OF EXHIBITS TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

| Document | Exhibit |
| --- | --- |
| Roy Strom, *Big Law Rates Topping $2,000 Leave Value 'In Eye of Beholder*,' BLOOMBERG LAW (June 9, 2022) | A |
| *Jaffe v. Household Int'l, Inc.*, No. 1:02-cv-05893, ECF 2267 (N.D. Ill. Nov. 10, 2016) | B |
| *Azar v. Grubhub, Inc.*, No. 1:19-cv-07665, ECF 118 (N.D. Ill. Jan. 12, 2023) | C |
| *Washtenaw Cty. Emps. Ret. Sys. v. Walgreen Co.*, No. 1:15-cv-03187, ECF 526 (N.D. Ill. Oct. 11, 2022) | D |
| *Gress v. Commonwealth Edison Co.*, No. 1:20-cv-4405, ECF 1 (N.D. Ill. July 28, 2020) | E |
| *Colman v. Theranos, Inc.*, No. 5:16-cv-06822, ECF 314 (N.D. Cal. July 20, 2018) | F |
| *Wong v. Accretive Health, Inc.*, No. 1:12-cv-03102, ECF 85 (N.D. Ill. Apr. 30, 2014) | G |
| *Azar v. Grubhub, Inc.*, No. 1:19-cv-07665, ECF 106 (N.D. Ill. Dec. 8, 2022) | H |
| *In re Akorn, Inc. Sec. Litig.*, No. 1:15-cv-01944, ECFs 174-5, 174-6 (N.D. Ill. Feb. 19, 2018) | I |