**INDEX OF EXHIBITS TO DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE**

| **Document** | **Exhibit** |
|---|---|
| Claim Package | A |
| Correspondence to Nominees | B |
| Confirmation of Publication | C |
| Exclusion Requests | D |