**INDEX OF EXHIBITS TO REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION, AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

| Document | Exhibit |
|---|---|
| State Bar of Texas website listing Larry D. Killion's "Practice Areas" | A |
| Objection by Larry D. Killion in *In re Kraft Heinz Sec. Litig.*, No. 19-cv-01339 (N.D. Ill.) | B |
| Objection by Larry D. Killion in *La. Sheriff's Pension & Relief Fund v. Cardinal Health, Inc.*, No. 19-cv-03347 (S.D. Ohio) | C |
| Objection by Larry D. Killion in *City of Sterling Heights Police & Fire Ret. Sys. v. Reckitt Benckiser Grp. PLC*, No. 20-cv-10041 (S.D.N.Y.) | D |
| Objection by Larry D. Killion in *In re Micro Focus Int'l. PLC Sec. Litig.*, No. 18CIV01549 (San Mateo Cty. Cal. Superior Ct.) | E |
| Objection by Larry D. Killion in *Reynolds v. FCA US LLC*, No. 19-cv-11745 (E.D. Mich.) | F |
| Objection by Larry D. Killion in *In re Nielsen Holdings PLC Sec. Litig.*, No. 18-cv-07143 (S.D.N.Y.) | G |
| Objection by Larry D. Killion in *Richardson v. IKEA North Am. Services*, No. 2021CH05392 (Cook Cty. Ill. Chancery Ct.) | H |
| *In re The Allstate Corp. Sec. Litig.*, No. 16-cv-10510, ECF 540 (N.D. Ill.) | I |
| Transcript in *Purple Mountain Trust v. Wells Fargo & Co.*, No. 18-cv-03948 (N.D. Cal.) | J |
| Website listing "Larry Killion" as author | K |
| Class Action Lawsuits – Attorney's Fee Problem - Mar 2023, available at https://ino-consumerhelp.com/wp-content/uploads/2023/03/ClassActionLawsuitAttyFeeReform.pdf | L |
| *Reckitt Benckiser* Order | M |
| *Micro Focus* Order | N |
| *FCA* Order | O |
| *Nielsen Holdings* Transcript | P |