EXHIBIT A



*EXO-EXCL00013*

RECEIVED
Aug 2, 2023
Claims Center

# Exclusion Cover Page

Case Name: Exelon Securities Litigation

Case Code:  EXO

Exclusion Deadline: August 17, 2023 (Postmarked on or before)

Name of Person Filing Exclusion: Margaret Cuny

July 24, 2023

I want to be excluded from Flynn v. Exelon Corp. etal.
No. 1:19-cv-08209.    Margaret W. Cuny

Signed Margaret W. Cuny

*Detach here. Forward top portion to the address shown above.*

# Direct Purchase Plan Account Statement

**IMPORTANT: Retain this statement for your investment, tax and cost-basis records.**

Visit shareowneronline.com anytime to access account information, obtain forms, and complete transactions. U.S. telephone number: 1-800-626-8729 Local and Outside U.S.: 651-450-4064


**Exelon.**

## Account Summary

Cusip # 30161N101

**Exelon Corporation**

Page 1 of 1

Account # ▮▮▮▮▮▮▮

MARGARET W CUNY TOD JANET L RILEY
SUBJECT TO STA TOD RULES

**September 10, 2019**

| Share Balances | Record Date | Current |
|---|---|---|
| Direct Purchase Plan | 91.911 | 92.191 |
| Direct Registration | 281.000 | 281.000 |
| Total Shares | 372.911 | 373.191 |

**Current Dividend**

| | |
|---|---|
| Record Date | 08/15/19 |
| Payable Date | 09/10/19 |
| Dividend Rate | $0.3625 |

**Account Value**

| | |
|---|---|
| Market Value Date | 09/10/19 |
| Market Value Price | $48.3500 |
| Account Market Value | $18,043.78 |

**Year-to-Date Amounts**

| | |
|---|---|
| Gross Dividends Reinvested | $40.53 |
| Federal Tax Withheld | $0.00 |
| Nonresident Alien Tax Withheld | $0.00 |
| State Tax Withheld | $0.00 |
| Cash Investments | $0.00 |
| Service Charges Paid by You | $0.00 |
| Service Charges Paid by Company | $1.56 |
| Commissions Paid by You | $0.06 |

| Transaction or Settlement Date | Transaction Type | Gross Amount of Transaction | Service Charge | Net Amount of Transaction | Price per Share | Shares Increased or Decreased | Total Shares Held in Plan |
|---|---|---|---|---|---|---|---|
| BALANCE FORWARD | | | | | | | 91.361 |
| 03/12/19 | Div Reinvested | $13.50 | $0.00 | $13.50 | $48.5550 | 0.278 | 91.639 |
| 06/12/19 | Div Reinvested | $13.51 | $0.00 | $13.51 | $49.5958 | 0.272 | 91.911 |
| 09/12/19 | Div Reinvested | $13.52 | $0.00 | $13.52 | $48.2397 | 0.280 | 92.191 |

Coming soon to Shareowner Online: Updated design that is responsive so you can manage your accounts from any device. The new Shareowner Online was created with you in mind so you can get the information you need and get on with your day.

As required by Federal tax regulations, EQ Shareowner Services uses FIFO (First In First Out) as the default method of disposing of shares. To select any other method of disposition or specific tax lots, you must provide your instruction in writing and include the acquisition date and share amount.

Sale Fees: Batch - $15, Market - $25, Limit/Stop - $30, plus $0.12 per share commission. An additional $5 fee will be charged for direct deposit of sale proceeds.

*Detach here. Forward top portion to the address shown above.*

# Direct Purchase Plan Account Statement

IMPORTANT: Retain this statement for your investment, tax and cost-basis records.

Visit shareowneronline.com anytime to access account information, obtain forms, and complete transactions. U.S. telephone number: 1-800-626-8729 Local and Outside U.S.: 651-450-4064



Cusip # 30161N101

Page 1 of 1

## Account Summary — Exelon Corporation — Account #████████

**September 10, 2019**

MARGARET W CUNY TOD ROBERT W CUNY
SUBJECT TO STA TOD RULES
30201 SIMS ST
ARDMORE TN 38449-3240

| Share Balances | Record Date | Current |
|---|---|---|
| Direct Purchase Plan | 91.911 | 92.191 |
| Direct Registration | 281.000 | 281.000 |
| Total Shares | 372.911 | 373.191 |

| | | Year-to-Date Amounts | |
|---|---|---|---|
| **Current Dividend** | | Gross Dividends Reinvested | $40.53 |
| Record Date | 08/15/19 | Federal Tax Withheld | $0.00 |
| Payable Date | 09/10/19 | Nonresident Alien Tax Withheld | $0.00 |
| Dividend Rate | $0.3625 | State Tax Withheld | $0.00 |
| **Account Value** | | Cash Investments | $0.00 |
| Market Value Date | 09/10/19 | Service Charges Paid by You | $0.00 |
| Market Value Price | $48.3500 | Service Charges Paid by Company | $1.56 |
| Account Market Value | $18,043.78 | Commissions Paid by You | $0.06 |

| Transaction or Settlement Date | Transaction Type | Gross Amount of Transaction | Service Charge | Net Amount of Transaction | Price per Share | Shares Increased or Decreased | Total Shares Held in Plan |
|---|---|---|---|---|---|---|---|
| BALANCE FORWARD | | | | | | | 91.361 |
| 03/12/19 | Div Reinvested | $13.50 | $0.00 | $13.50 | $48.5550 | 0.278 | 91.639 |
| 06/12/19 | Div Reinvested | $13.51 | $0.00 | $13.51 | $49.5958 | 0.272 | 91.911 |
| 09/12/19 | Div Reinvested | $13.52 | $0.00 | $13.52 | $48.2397 | 0.280 | 92.191 |

Coming soon to Shareowner Online: Updated design that is responsive so you can manage your accounts from any device. The new Shareowner Online was created with you in mind so you can get the information you need and get on with your day.

As required by Federal tax regulations, EQ Shareowner Services uses FIFO (First In First Out) as the default method of disposing of shares. To select any other method of disposition or specific tax lots, you must provide your instruction in writing and include the acquisition date and share amount.

Sale Fees: Batch - $15, Market - $25, Limit/Stop - $30, plus $0.12 per share commission. An additional $5 fee will be charged for direct deposit of sale proceeds.

# Direct Purchase Plan Account Statement

*Detach here. Forward top portion to the address shown above.*

**IMPORTANT: Retain this statement for your investment, tax and cost-basis records.**

Visit shareowneronline.com anytime to access account information, obtain forms, and complete transactions. U.S. telephone number: 1-800-626-8729 Local and Outside U.S.: 651-450-4064

 **Exelon.**

## Account Summary

Cusip # 30161N101

**Exelon Corporation**

Page 1 of 1

Account #

MARGARET W CUNY TOD LISA A SMITH
SUBJECT TO STA TOD RULES
30201 SIMS ST
ARDMORE TN 38449-3240

**September 10, 2019**

| Share Balances | Record Date | Current |
|---|---|---|
| Direct Purchase Plan | 91.911 | 92.191 |
| Direct Registration | 281.000 | 281.000 |
| Total Shares | 372.911 | 373.191 |

**Current Dividend**

| | | **Year-to-Date Amounts** | |
|---|---|---|---|
| Record Date | | Gross Dividends Reinvested | $40.53 |
| Payable Date | 08/15/19 | Federal Tax Withheld | $0.00 |
| Dividend Rate | 09/10/19 | Nonresident Alien Tax Withheld | $0.00 |
| **Account Value** | $0.3625 | State Tax Withheld | $0.00 |
| Market Value Date | | Cash Investments | $0.00 |
| Market Value Price | 09/10/19 | Service Charges Paid by You | $0.00 |
| Account Market Value | $48.3500 | Service Charges Paid by Company | $1.56 |
| | $18,043.78 | Commissions Paid by You | $0.06 |

| Transaction or Settlement Date | Transaction Type | Gross Amount of Transaction | Service Charge | Net Amount of Transaction | Price per Share | Shares Increased or Decreased | Total Shares Held in Plan |
|---|---|---|---|---|---|---|---|
| BALANCE FORWARD | | | | | | | |
| 03/12/19 | Div Reinvested | $13.50 | $0.00 | $13.50 | $48.5550 | 0.278 | 91.361 |
| 06/12/19 | Div Reinvested | $13.51 | $0.00 | $13.51 | $49.5958 | 0.272 | 91.639 |
| 09/12/19 | Div Reinvested | $13.52 | $0.00 | $13.52 | $48.2397 | 0.280 | 91.911 |
| | | | | | | | 92.191 |

**Coming soon to Shareowner Online:** Updated design that is responsive so you can manage your accounts from any device. The new Shareowner Online was created with you in mind so you can get the information you need and get on with your day.

As required by Federal tax regulations, EQ Shareowner Services uses FIFO (First in First Out) as the default method of disposing of shares. To select any other method of disposition or specific tax lots, you must provide your instruction in writing and include the acquisition date and share amount.

**Sale Fees:** Batch - $15, Market - $25, Limit/Stop - $30, plus $0.12 per share commission. An additional $5 fee will be charged for direct deposit of sale proceeds.



**Margaret Cuny**



27 JUL 2023   PM 2  L

RECEIVED GE

AUG 0 2 2023

CLAIMS CENTER

Exelon Securities Litigation
Exclusions
% Gilardi & Co. LLC
P.O. Box 5100
Larkspur CA 94977-5100

EXO

94977-510000



\*EXO-EXCL00014\*

RECEIVED
Aug 16, 2023
Claims Center

# Exclusion Cover Page

Case Name: Exelon Securities Litigation

Case Code:  EXO

Exclusion Deadline: August 17, 2023 (Postmarked on or before)

Name of Person Filing Exclusion: William & Kirsten A Zubko Jt Ten

August 7th, 2023


Exelon Securities Litigation
EXCLUSIONS
C/O Gilardi & Co. LLC
PO Box 5100
Larkspur, Ca 94977-5100

RE:  Settlement Class from Flynn v. Exelon Corporation, et al., 1:19-cv-08209


I want to be excluded from Flynn v. Exelon Corporation, et al., 1:19-cv-08209

Name:  William Zubko & Kirsten A Zubko Jt Ten

Address:  ███████████████████████

Phone:  ██████████


Number of Shares acquired and acquisition prices  between 02/08/2019 and 10/31/2019:


03/12/19  1.685 shares  $48.555/share
06/12/19  1.662 shares  $49.5958/share
09/12/19  1.721 shares  $48.2397/share

There were no sales of any stock during this time period.



Sincerely,

*William Zubko*
*Kirsten X Zubko*



William Zubko
Kirsten A Zubko Jt Ten

| Transaction or Settlement Date | Transaction Type | Gross Amount of Transaction | Service Charge | Net Amount of Transaction | Price per Share | Shares Increased or Decreased | Total Shares Held in Plan |
|---|---|---|---|---|---|---|---|
| BALANCE FORWARD | | | | | | | 225.741 |
| 03/12/19 | Div Reinvested | $81.83 | $0.00 | $81.83 | $48.5550 | 1.685 | 227.426 |
| 06/12/19 | Div Reinvested | $82.44 | $0.00 | $82.44 | $49.5958 | 1.662 | 229.088 |
| 09/12/19 | Div Reinvested | $83.04 | $0.00 | $83.04 | $48.2397 | 1.721 | 230.809 |

**Coming soon to Shareowner Online: Updated design that is responsive so you can manage your accounts from any device. The new Shareowner Online was created with you in mind so you can get the information you need and get on with your day.**

As required by Federal tax regulations, EQ Shareowner Services uses FIFO (First In First Out) as the default method of disposing of shares. To select any other method of disposition or specific tax lots, you must provide your instruction in writing and include the acquisition date and share amount.

Sale Fees: Batch - $15, Market - $25, Limit/Stop - $30, plus $0.12 per share commission. An additional $5 fee will be charged for direct deposit of sale proceeds.

## How to Request a Transaction

Transactions can be requested easily online.

Visit shareowneronline.com. If you are a first time visitor, click Sign Up Now!, select Authentication ID and click I do not have my Authentication ID

### Transaction Request (continued)

Exelon Corporation
EXC1

1. **Selling Shares:** Check the first box to sell all, or check one of the remaining boxes and enter "all" or the number of shares to sell.

- ☐ Sell ALL shares in my account. The Plan will terminate. No additional boxes should be checked.
- ☐ Sell ——— Direct Registration shares.
- ☐ Sell ——— Plan shares, terminate the Plan, and move remaining full shares to Direct Registration.
- ☐ Sell ——— Plan shares but do not terminate the Plan.

**a. Direct deposit of sale proceeds***

☐ Checking or ☐ Savings Account

ABA/Routing Number (include check or deposit slip)  Bank Account Number

* Sale proceeds from written requests will be issued by check for transactions exceeding $10,000

2. **Deposit** [_____] shares in my ☐ Direct Registration ☐ Plan
You must submit your stock certificate(s).

3. **Automatic Cash Withdrawal**
☐ Discontinue or ☐ Change Amount $ [_____]

All Registered Owners must sign when submitting a transaction.

X [_____]

X [_____]

Print Shareowner Name(s)  Date

CERTIFIED MAIL®

7022 0410 0000 9795 2248

RDC 99

94977

$7.90

R2304E106868-90

Mr William Z Zubko Jr

RETURN RECEIPT REQUESTED



RECEIVED GE

AUG 1 6 2023

CLAIMS CENTER

Exelon Securities Litigation
EXCLUSIONS
C/O Gilardi & Co. LLC
P O Box 5100
Larkspur, Ca 94977-5100

EXO

94977-510000

PAID

PCM LETTER
WALLINGFORD, PA 19086



*EXO-EXCL00015*

RECEIVED
Aug 24, 2023
Claims Center

# Exclusion Cover Page

Case Name: Exelon Securities Litigation

Case Code:  EXO

Exclusion Deadline: August 17, 2023 (Postmarked on or before)

Name of Person Filing Exclusion: Diana M Zukowski
Michael H Zukowski Beneficiary
Renee Michele Zukowski Gruzs Beneficiary

Diana M. Zukowski



July 27, 2023

Exelon Securities Litigation
EXCLUSIONS
c/0 Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA 94977-5100

RE: EXCLUSION
Flynn v. Exelon Corporation,
et al. No.1:19-cv-08209

Dear Sir:

Please be advised that Diana M. Zukowski & beneficiaries … Michael H. Zukowski & Renee Michele Zukowski Gruzs … wish to be excluded from the Settlement of Class Action of Flynn v. Exelon Corporation, et al., No.1:19-cv-08209.

During the period between Feb 8, 2019 and Oct. 31, 2019 inclusive my Dividend Reimbursement Plan on March 8, 2019 received $41.50. The Plan purchased 0.855 share of common Exelon stock & added the partial stock to my account █████████. The price for one share of stock on March 8, 2019 was $48.5550.

If any further information is needed please contact me.

Sincerely,

*Diana M. Zukowski*



Diana Zukowski

12 AUG 2023 PM 1 L



FOREVER/US

RECEIVED GE

AUG 2 4 2023

CLAIMS CENTER

Exelon Securities Litigation
EXCLUSIONS
c/o Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA 94977-5100

RECEIVED GE

AUG 2 4 2023

CLAIMS CENTER

94977-510000

EXO



*EXO-EXCL00016*

RECEIVED
Aug 24, 2023
Claims Center

# Exclusion Cover Page

Case Name: Exelon Securities Litigation

Case Code:  EXO

Exclusion Deadline: August 17, 2023 (Postmarked on or before)

Name of Person Filing Exclusion: Esther A Talley

August 14, 2023

To whom it may concern,

I received notice of pendancy and proposed settlement of Class Action in the case of Joseph Flynn, Individually and on behalf of all others similarly situated vs. Exelon Corporation, case No. 1:19-cv-08209. It appears that I am a member of the Settlement Class.

However, I wish to exclude myself from the Settlement Class, Flynn v. Exelon Corporation, et al., No. 1:19-cv-08209.

My name is: Esther A. Talley

My address is: ████████████████████

My phone #: ██████████

I purchased 0.116 share on 3/12/19, purchase price at $ 48.55 per share.
I purchased 0.114 share on 6/12/19, purchase price at $ 49.54 per share
I purchased 0.119 share on 9/12/19, purchase price at $ 48.23 per share.

Thank you for your attention to this matter.

Esther A. Talley

E. Talley

15 AUG 2023 PM 2 L





RECEIVED

AUG 2 4 2023

CLAIMS CENTER

Exelon Securities Litigation
EXCLUSIONS
c/o Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA 94977-5100



RECEIVED

AUG 2 4 2023

CLAIMS CENTER

EXO

94977-510000



*EXO-EXCL80001*

RECEIVED
Aug 30, 2023
Claims Center

# Exclusion Cover Page

Case Name: Exelon Securities Litigation

Case Code:  EXO

Exclusion Deadline: August 17, 2023 (Postmarked on or before)

Name of Person Filing Exclusion: Alexander Guney

Aug 25, 2023

I want to be excluded from the settlement in:

Flynn v. Exelon Corp. et al,
Case No. 1:19-cv-08209

My information:

Alexander Guney

Date: Aug 25, 2023

Alexander Guney



26 AUG 2023 PM 2 L

RECEIVED GE

AUG 3 0 2023

CLAIMS CENTER

Exelon Securities Litig
EXCLUSIONS
C/o Gilardi + Co. LLC
P.O. Box 5100
Larkspur, CA 94977
94977-510000

# EXHIBIT B

## Mishka Ferguson

**From:** 11235ldk@comcast.net
**Sent:** Friday, August 18, 2023 11:19 AM
**To:** Exelon Securities Litigation
**Cc:** settlementinfo@rgrdlaw.com
**Subject:** Objection

Please be advised I just received on or about August 17, 2023 by postal service mail copy of Notice of Pendency and Proposed Settlement of Class Action case No 1:19-cv-08209.

That notice indicated I had until August 17, 2023 for the court and counsel to receive any of my objections to that action. I do have objections. My quick assessment of my investment records show I held and traded shares in Exelon (EXC) during the relevant time period.

Obviously the August 17, 2023 objection receipt deadline that coincides with the same date I received the notice is patently unreasonable and fails to pass the due process of law test. I therefore advise the administration of this action to cause for a more reasonable adjustment for the time to file objections and to be received by the court and counsel. Same day notice to me and same day filing/receipt of objections is totally unacceptable and unreasonable and does not pass the smell test. The Rules of Civil Procedure have historically not allowed for such wayward scheduling.

I plan to go ahead and file my objections which will most certainly be received after August 17, 2023...even if I tried to hand deliver same since I can't turn the clock backwards. I will include in that objection my objection to the unreasonable current August 17, 2023 objection receipt date.

Given this concern with Objection filing timing, a September 7, 2023 settlement hearing appears problematic at best.

Larry D Killion
713 906-9135
11235ldk@comcast.net

1