# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joshua Flynn, et al.

                                  Plaintiff,

v.                                                     Case No.: 1:19−cv−08209
                                                     Honorable Virginia M. Kendall

Exelon Corporation, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 7, 2023:

        MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 9/7/2023. Plaintiff's Motion for final approval of settlement and approval of plan of allocation [201] is granted. Orders to follow. Plaintiff's Motion for attorney fees and expenses [204] is taken under advisement. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.