UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| JOSHUA FLYNN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXELON CORPORATION, et al.,<br><br>Defendants. | Case No.: 1:19-cv-08209<br><br><u>CLASS ACTION</u><br><br>Judge Virginia M. Kendall<br>Magistrate Judge Susan E. Cox |

ORDER APPROVING PLAN OF ALLOCATION

This matter having come before the Court for a hearing on September 7, 2023, on the motion of Lead Plaintiff Local 295 IBT Employer Group Pension Trust Fund ("Lead Plaintiff"), on behalf of itself and the Settlement Class, for final approval of the proposed class action Settlement and approval of the Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement, dated May 26, 2023, ECF 193 (the "Stipulation"), and capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") disseminated to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class Members.

- 2 -

4. The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair, reasonable, and adequate and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: __9/7/2023_____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE VIRGINIA M. KENDALL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE